ALLISON LAPLANTE, OSB No. 023614
BRIDGETT BUSS, OSB No. 204997
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591 |
| Plaintiff, | |
| v. | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, and BARRY THOM, in his official capacity as NMFS Regional Administrator for the West Coast Region, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7-1, the undersigned counsel hereby certifies that plaintiff

Northwest Environmental Advocates does not have a parent corporation, and does not issue

stock.

Dated this 2nd day of November, 2021.

Respectfully submitted,

s/Bridgett Buss
ALLISON LAPLANTE
BRIDGETT BUSS
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*