AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Oregon

| | |
|---|---|
| Northwest Environmental Advocates, a non-profit organization, <br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>United States National Marine Fisheries Service, Barry Thom, in his official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency, and Michael Regan, in his official capacity as EPA Administrator,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:21-cv-01591-HZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael S. Regan, Administrator
Office of the Administrator
United States Environmental Protection Agency
William Jefferson Clinton Building
Mail Code: 1101A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Allison LaPlante and Bridgett Buss
Earthrise Law Center at
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **01/26/2022**

**By: s/S. Behrends, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Northwest Environmental Advocates, a non-profit organization,

)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

United States National Marine Fisheries Service, Barry Thom, in his official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency, and Michael Regan, in his official capacity as EPA Administrator,

*Defendant(s)*

Civil Action No. 3:21-cv-01591-HZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Allison LaPlante and Bridgett Buss
Earthrise Law Center at
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 01/26/2022

**By: s/S. Behrends, Deputy Clerk**