AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Northwest Environmental Advocates | ) |
| *Plaintiff* | ) |
| v. | ) |
| United States National Marine Fisheries Service et al. | ) |
| *Defendant* | ) |

Case No.  3:21-cv-1591

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants (NMFS; Barry Thom, in his official capacity; EPA; Michael Regan, in his offical capacity)  .

Date:     01/31/2022

/s/ Briena L. Strippoli
*Attorney's signature*

Briena L. Strippoli,
*Printed name and bar number*
U.S. DOJ, Environment & Natural Resources
Division, Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

*Address*

briena.strippoli@usdoj.gov
*E-mail address*

(202) 598-0412  /  ( 202) 305-0339

*Telephone number*

(202) 305-0275

*FAX number*