ALLISON LAPLANTE, OSB No. 023614
BRIDGETT BUSS, OSB No. 204997
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **JOINT MOTION TO STAY FURTHER PROCEEDINGS** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, BARRY THOM, in his official capacity as NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**JOINT MOTION TO STAY FURTHER PROCEEDINGS**

<u>**Motion**</u>

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Barry Thom, in his official capacity, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity ("Defendants") (collectively, the "Parties"), respectfully move the Court for an Order staying further proceedings, including the current deadlines established by this Court's pre-trial scheduling Order, ECF No. 3.

<u>**Memorandum in Support of Motion**</u>

On November 2, 2021, NWEA filed the above-referenced lawsuit against NMFS and Barry Thom, in his official capacity as NMFS Regional Administrator, alleging that NMFS issued a biological opinion that failed to prevent jeopardy to imperiled salmonids in Oregon rivers and was otherwise arbitrary, capricious, and contrary to the Endangered Species Act. ECF No. 1. On January 31, 2022, NWEA filed its First Amended Complaint, adding as Defendants EPA and Michael Regan, in his official capacity as EPA Administrator, alleging that EPA has failed to prevent jeopardy to imperiled species and failed to re-initiate consultation, both in violation of the Endangered Species Act. ECF No. 6.

Pursuant to Fed. R. Civ. P. 12(a)(2), Defendants' Response to the Amended Complaint is currently due on April 1, 2022. Based on the initial pre-trial scheduling order issue by Judge Russo, ECF No. 3, the deadline to complete discovery is March 2, 2022, and the deadline for the Joint ADR Report and proposed pretrial Order is April 1, 2022.

All Parties in this action have conferred, and wish to stay the currently-pending litigation deadlines for 120 days, until June 23, 2022, to explore the possibility of resolving the matter through a negotiated settlement.

**JOINT MOTION TO EXTEND INITIAL LITIGATION DEADLINES**

The Parties respectfully suggest the above provides good cause to grant this motion because it will allow the Parties time to explore the possibility of a negotiated settlement, before engaging in active litigation that may not be necessary and may impair their efforts to explore settlement. Thus, the relief requested in this motion may preserve the resources of the Court as well as of the Parties.

The Parties propose to file monthly joint status reports to advise the Court of the status of their discussions, the first of which would be filed on April 1st, 2022, and on the first business day of each month thereafter. If the Parties are still engaging in fruitful negotiations by June 23, 2022, the Parties will submit a proposed extension of the stay. If the Parties determine that settlement will not be possible, they will submit a joint proposed scheduling motion governing pending litigation deadlines. These include the deadlines for Defendants' Response, as well as items addressed by the Court's initial pre-trail scheduling order, ECF No. 3.

This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

Wherefore, the Parties respectfully request that this Court issue an order staying the current deadlines and issuing an order requiring Parties to submit monthly joint status reports beginning on April 1, 2022.

Respectfully submitted on this 23rd day of February, 2022.

s/Bridgett Buss
ALLISON LAPLANTE
BRIDGETT BUSS
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799

**JOINT MOTION TO EXTEND INITIAL LITIGATION DEADLINES**

(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

*Attorneys for Plaintiff Northwest
Environmental Advocates*

s/Briena Strippoli
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.stippoli@usdoj.gov

*Attorney for Federal Defendants*