UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, BARRY THOM, in his official capacity as NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator,<br><br>Defendants. | Case No. 3:21-cv-01591-HZ<br><br>**JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF No. 12) dated March 1, 2022, Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Barry Thom, in his official capacity, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity ("Defendants") (collectively, the "Parties"), hereby submit this Joint Status Report in the above-captioned matter:

1. On March 1, 2022, the Court entered an Order (ECF No. 12) granting the Parties' Joint Motion to Stay Further Proceedings (ECF No. 11), and staying the case until June 23, 2022 to allow the Parties to pursue settlement discussions.

2. The Court's March 1, 2022 Order also adopted the Parties' proposal to submit monthly joint status reports to advise the Court of the progress of their discussions regarding potential settlement.

3. On March 16, 2022, NWEA provided to Defendants a proposed settlement framework to initiate discussions between the Parties. Defendants are currently reviewing this proposal.

4. At this time, the Parties believe that continued discussion regarding potential settlement may be fruitful.

Respectfully submitted on this 1st day of April, 2022.

s/*Bridgett Buss*
ALLISON LAPLANTE
BRIDGETT BUSS
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*

s/*Briena Strippoli* (with permission)
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339

briena.strippoli@usdoj.gov

*Attorney for Defendants*