UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, BARRY THOM, in his official capacity as NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF No. 12) dated March 1, 2022, Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Barry Thom, in his official capacity, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity ("Defendants") (collectively, the "Parties"), hereby submit this Joint Status Report in the above-captioned matter:

**THIRD JOINT STATUS REPORT** Page 1

1. On March 1, 2022, the Court entered an Order (ECF No. 12) granting the Parties' Joint Motion to Stay Further Proceedings (ECF No. 11), and staying the case until June 23, 2022 to allow the Parties to pursue settlement discussions.

2. The Court's March 1, 2022 Order also adopted the Parties' proposal to submit monthly joint status reports to advise the Court of the progress of their discussions regarding potential settlement. The First Joint Status Report was submitted to the Court on April 1, 2022. ECF No. 13. The Second Joint Status Report was submitted to the Court on May 2, 2022. ECF No. 14.

3. On March 16, 2022, NWEA provided to Defendants a proposed settlement framework to initiate discussions between the Parties.

4. On April 21, 2022, counsel for NWEA and Defendants conferred via telephone.

5. On May 16, 2022, NWEA provided to Defendants a letter which, *inter alia*, requested additional information regarding some of the matters raised during the April 2022 conferral.

6. The current stay of this case is set to expire on June 23, 2022. At this time, the Parties believe that continued discussion regarding potential settlement may be fruitful. The Parties are therefore filing, concurrently with this joint status report, a motion requesting an extension of this stay to allow for additional time for settlement discussions.

Respectfully submitted on this 1st day of June, 2022.

s/*Bridgett Buss*
ALLISON LAPLANTE
BRIDGETT BUSS
Earthrise Law Center
Lewis & Clark Law School

10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

*Attorneys for Plaintiff Northwest
Environmental Advocates*

s/*Briena Strippoli* (with permission)
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*