ALLISON LAPLANTE, OSB No. 023614
BRIDGETT BUSS, OSB No. 204997
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND STAY** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, BARRY THOM, in his official capacity as NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**JOINT MOTION TO EXTEND STAY**

## Motion

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Barry Thom, in his official capacity, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity (collectively "Defendants", and together with NWEA the "Parties"), respectfully move the Court for an Order extending the current stay of this case, established by this Court's March 1, 2022, Order, ECF No. 12, to and including July 25, 2022.

In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion.

## Memorandum in Support of Motion

On November 2, 2021, NWEA filed the above-captioned lawsuit against NMFS and Barry Thom, in his official capacity as NMFS Regional Administrator, alleging that NMFS issued a biological opinion that failed to prevent jeopardy to imperiled salmonids in Oregon rivers and was otherwise arbitrary, capricious, and contrary to the Endangered Species Act. ECF No. 1. On January 31, 2022, NWEA filed its First Amended Complaint, adding as Defendants EPA and Michael Regan, in his official capacity as EPA Administrator, alleging that EPA has failed to prevent jeopardy to imperiled species and failed to re-initiate consultation, both in violation of the Endangered Species Act. ECF No. 6.

On February 23, 2022, the Parties filed a Joint Motion to Extend Initial Litigation Deadlines, ECF. No. 11, requesting a 120-day stay of proceedings until June 23, 2022, so that Parties could explore the possibility of resolving the matter through a negotiated settlement. The Court granted that stay on March 1, 2022, and ordered the Parties to file monthly joint status reports beginning April 1, 2022, and to file either a joint proposed schedule or a motion for

extension of the stay on or before June 23, 2022. ECF No. 12. The First Joint Status Report was filed April 1, 2022, ECF No. 13. The Second Joint Status Report was filed May 2, 2022, ECF No. 14. The Third Joint Status Report is being filed concurrently with this Motion on June 1, 2022.

As described in the Third Joint Status Report, settlement discussions are ongoing, and at this time the Parties believe that further discussion may be fruitful. Due to a confluence of factors, including the coordination of schedules among the various Parties, the Parties need additional time to continue these discussions. The Parties therefore jointly request an extension of the existing stay to and including July 25, 2022.

The Parties respectfully suggest these facts establish good cause to grant this motion because it will allow the Parties additional time to explore the possibility of a negotiated settlement, before engaging in active litigation that may not be necessary and may impair their efforts to explore settlement. Thus, the relief requested in this motion may preserve the resources of the Court as well as of the Parties.

This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

Wherefore, the Parties respectfully request that this Court issue an order extending the current stay and requiring the Parties to continue to submit joint status reports until the stay has expired on July 25, 2022.


Respectfully submitted on this 1st day of June, 2022.


s/*Bridgett Buss*
ALLISON LAPLANTE
BRIDGETT BUSS


**JOINT MOTION TO EXTEND STAY**

Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*

s/*Briena Strippoli* (with permission)
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*