**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES**, a non-profit organization, | |
| **Plaintiff**, | |
| **v.** | |
| **UNITED STATES NATIONAL MARINE FISHERIES SERVICE**, | **Case No. 3:21-cv-01591-HZ** |
| **BARRY THOM**, in his official capacity as NMFS Regional Administrator for the West Coast Region, | **FOURTH JOINT STATUS REPORT** |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, and | |
| **MICHAEL REGAN**, in his official capacity as EPA Administrator, | |
| **Defendants**. | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 1, 2022, Order (ECF No. 12), and June 7, 2022, Order (ECF No. 17), Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Barry Thom, in his official capacity, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity ("Defendants") (collectively, the "Parties"), hereby submit this Joint Status Report in the above-captioned matter:

**THIRD JOINT STATUS REPORT**                                                    Page 1

1. On March 1, 2022, the Court entered an Order (ECF No. 12) granting the Parties' Joint Motion to Stay Further Proceedings (ECF No. 11), and staying the case until June 23, 2022 to allow the Parties to pursue settlement discussions.

2. The Court's March 1, 2022 Order also adopted the Parties' proposal to submit monthly joint status reports to advise the Court of the progress of their discussions regarding potential settlement. The First Joint Status Report was submitted to the Court on April 1, 2022. ECF No. 13. The Second Joint Status Report was submitted to the Court on May 2, 2022. ECF No. 14. The Third Joint Status Report was submitted to the Court on June 1, 2022. ECF No. 15.

3. On March 16, 2022, NWEA provided to Defendants a proposed settlement framework to initiate discussions between the Parties.

4. On April 21, 2022, counsel for NWEA and Defendants conferred via telephone.

5. On May 16, 2022, NWEA provided to Defendants a letter which, *inter alia*, requested additional information regarding some of the matters raised during the April 2022 conferral.

6. On July 19, 2022, the Parties and their counsel again conferred via telephone, discussing in detail the Parties' written settlement communications to date.

7. The initial stay of this case was set to expire on June 23, 2022. On June 1, 2022, the Parties filed a Joint Motion to Extend Stay, ECF No. 16, which this Court adopted in its June 7, 2022, Order, ECF No. 17, and which extended the stay through July 25, 2022.

8. At this time, the Parties believe that continued discussions regarding potential settlement may be fruitful. The Parties are therefore filing, concurrently with this Joint Status

**FOURTH JOINT STATUS REPORT**

Report, a motion requesting an additional 90-day extension of this stay to allow for further settlement discussions to and including October 24, 2022.

Respectfully submitted on this 25th day of July 2022.

s/ *Allison LaPlante*
ALLISON LAPLANTE
BRIDGETT BUSS
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*

s/ *Briena L. Strippoli*
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*

**FOURTH JOINT STATUS REPORT**                                                                 Page 3