# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES**, a nonprofit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| **UNITED STATES NATIONAL MARINE FISHERIES SERVICE,** a United States Government Agency, **BARRY THOM**, in his official capacity as NMFS Regional Administrator for the West Coast Region, **THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, a United States Government Agency, and **MICHAEL REGAN**, in his official capacity at EPA Administrator, | |
| Defendants. | |

Pursuant to Local Civil Rule 83-11(b), Plaintiff hereby gives notice of withdrawal of counsel for Plaintiff in the above-captioned matter. Counsel of record for Plaintiff, Ms. Bridgett Buss, undertook this matter as part of her work with Earthrise Law Center, but has subsequently taken a position elsewhere and will no longer be working on this case after Friday, August 26, 2022. Ms. Allison LaPlante will remain as counsel for Plaintiff in this matter.

Respectfully submitted on this 26th day of August, 2022.

s/Bridgett Buss
Bridgett Buss, OSB #204997
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6825
Fax: (503) 768-6642
Email: bridgettbuss@lclark.edu

s/Allison LaPlante
Allison LaPlante
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642
Email: laplante@lclark.edu

*Attorneys for Plaintiff*

NOTICE OF WITHDRAWAL OF COUNSEL                                                                 1