UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, BARRY THOM, in his official capacity as NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator,<br><br>Defendants. | Case No. 3:21-cv-01591-HZ<br><br>**STATUS REPORT** |

**STATUS REPORT**

Pursuant to the Court's July 26, 2022 Order (ECF No. 20), Plaintiff Northwest

Environmental Advocates ("NWEA") hereby submit this Status Report[1] in the above-captioned

matter:

---

[1] Counsel for NWEA worked with counsel for Federal Defendants in an effort to submit a Joint Status Report, as we have done previously. Counsel for Federal Defendants made edits and

1. On March 1, 2022, the Court entered an Order (ECF No. 12) granting the Parties' Joint Motion to Stay Further Proceedings (ECF No. 11), and staying the case until June 23, 2022 to allow the Parties to pursue settlement discussions.

2. The initial stay of this case was set to expire on June 23, 2022. On June 1, 2022, the Parties filed a Joint Motion to Extend Stay (ECF No. 16), which this Court adopted in its June 7, 2022 Order (ECF No. 17), and which extended the stay through July 25, 2022.

3. Based upon the progressing settlement discussions, on July 25, 2022, the Parties filed a Joint Motion to Extend Stay (ECF No. 18), which this Court adopted in its July 26, 2022 Order (ECF. No. 20), and which extended the stay through October 24, 2022.

4. The Court's March 1, June 7, and July 26 Orders (ECF Nos. 12, 17, 20, respectively), also require the Parties to submit monthly joint status reports to advise the Court on the progress of their discussions regarding potential settlement. ECF Nos. 12, 17, 20, respectively. The Parties have filed (and will continue to file) monthly status reports. *See* ECF Nos. 13-15 (First through Third Joint Status Report), 19 (Fourth Status Report), 22 (Status Report).

5. On March 16, 2022, NWEA provided to Defendants a proposed settlement framework to initiate discussions between the Parties.

6. On April 21, 2022, counsel for NWEA and Defendants conferred via telephone.

7. On May 16, 2022, NWEA provided to Defendants a letter which, *inter alia*, requested additional information regarding some of the matters raised during the April 2022 conferral.

---

approved the substance of the draft Joint Status Report via email. However, undersigned counsel was unable to obtain final approval and signature authorization prior to Federal Defendants' counsel going on leave. Therefore, out of an abundance of caution and in order to comply with this Court's order to file monthly status reports, NWEA submits this Status Report on its own.

**STATUS REPORT**                                                                                    Page 2

8. On July 19, 2022, the Parties and their counsel again conferred via telephone, discussing in detail the Parties' written settlement communications to date.

9. At this time, the Parties remain engaged in continued discussions regarding potential settlement. However, Plaintiff's counsel notes that due to its client representative having to take unexpected medical leave, the pace of the discussions may be temporarily delayed.

Respectfully submitted on this 31st day of August, 2022.

s/*Alexander Houston*
ALEXANDER HOUSTON
ALLISON LAPLANTE
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6654, ahouston@lclark.edu
(503) 768-6894, laplante@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*

**STATUS REPORT**                                              Page 3