UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, SCOTT RUMSEY, in his official capacity as Acting Regional Administrator for NOAA Fisheries' West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator,<br><br>Defendants. | Case No. 3:21-cv-01591-HZ<br><br>**JOINT MOTION TO EXTEND STAY** |

## Motion

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States

National Marine Fisheries Service ("NMFS"), Scott Rumsey in his official capacity, United

States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity

(collectively "Defendants", and together with NWEA the "Parties"), respectfully move the Court

for an order extending the current stay of this case to and including January 31, 2023.

**JOINT MOTION TO EXTEND STAY**                                                              Page 1

In accordance with Local Rule 7-1, the Parties certify that they conferred through counsel prior to filing this motion.

### Memorandum in Support of Motion

On November 2, 2021, NWEA filed the above-captioned lawsuit against NMFS and the NMFS Regional Administrator, alleging that NMFS issued a biological opinion that failed to prevent jeopardy to imperiled salmonids in Oregon rivers and was otherwise arbitrary, capricious, and contrary to the Endangered Species Act. ECF No. 1. On January 31, 2022, NWEA filed its First Amended Complaint, adding as Defendants EPA and Michael Regan, in his official capacity as EPA Administrator, alleging that EPA has failed to prevent jeopardy to imperiled species and failed to re-initiate consultation, both in violation of the Endangered Species Act. ECF No. 6.

On February 23, 2022, the Parties filed a Joint Motion to Extend Initial Litigation Deadlines, ECF No. 11, requesting a 120-day stay of proceedings until June 23, 2022, so that the Parties could explore the possibility of resolving the matter through a negotiated settlement. The Court granted that stay on March 1, 2022, and ordered the Parties to file monthly joint status reports beginning April 1, 2022, and to file either a joint proposed schedule or a motion for extension of the stay on or before June 23, 2022. ECF No. 12.

With the initial stay of this case set to expire on June 23, 2022, on June 1, 2022, the Parties filed a Joint Motion to Extend Stay (ECF No. 16), which this Court adopted in its June 7, 2022 Order (ECF No. 17), and which extended the stay through July 25, 2022. Then, based upon the progressing settlement discussions, on July 25, 2022, the Parties filed a Joint Motion to Extend Stay (ECF No. 18), which this Court adopted in its July 26, 2022 Order (ECF No. 20), and which extended the stay through October 24, 2022.

**JOINT MOTION TO EXTEND STAY**

The Court's March 1, June 7, and July 26 Orders (ECF Nos. 12, 17, 20, respectively), also require the Parties to submit monthly joint status reports to advise the Court on the progress of their discussions regarding potential settlement. ECF Nos. 12, 17, 20. The Parties have filed (and will continue to file) monthly status reports.  *See* ECF Nos. 13–15 (First through Third Joint Status Report), 19 (Fourth Status Report), 23 (Status Report), 24 (Joint Status Report).

The Parties' status reports have informed the Court regarding the Parties' various exchanges of written proposals, as well as the Parties' settlement meetings that have taken place to date. At this time, the Parties remain engaged in continued discussions regarding potential settlement. As reported, discussions were delayed over the previous two months due to Plaintiff's client representative having to take unexpected medical leave. The Plaintiff's client representative has now returned from leave and Plaintiff aims to provide a written proposal to Defendants within approximately the next two weeks and coordinate another meeting with counsel and key client representatives shortly thereafter.

Accordingly, the Parties respectfully request that the Court extend the stay of the litigation for another three months, to January 31, 2023, so that these settlement discussions can continue. The Parties will also continue to file monthly joint status reports.

Respectfully submitted on this 24th day of October 2022.

s/*Alexander Houston*
ALEXANDER HOUSTON
ALLISON LAPLANTE
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6654, ahouston@lclark.edu
(503) 768-6894, laplante@lclark.edu

**JOINT MOTION TO EXTEND STAY**

*Attorneys for Plaintiff Northwest*
*Environmental Advocates*


s/*Briena L. Strippoli*
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*

**JOINT MOTION TO EXTEND STAY**