ALLISON LAPLANTE, OSB No. 023614
ALEXANDER HOUSTON, OSB No. 214066
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6654, ahouston@lclark.edu

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO EXTEND STAY FOR COUNSEL'S MEDICAL LEAVE** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, SCOTT RUMSEY, in his official capacity as NMFS Acting Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**UNOPPOSED MOTION TO EXTEND STAY**

<u>**Motion**</u>

Plaintiff Northwest Environmental Advocates ("NWEA") respectfully moves the Court for an Order extending the stay of this case until and including March 31, 2023 to accommodate an unplanned medical leave for NWEA's lead counsel. In accordance with Local Rule 7-1, NWEA and Defendants United States National Marine Fisheries Service ("NMFS"), Scott Rumsey, in his official capacity, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity (collectively, "Defendants," and together with NWEA, "the Parties"), conferred through counsel prior to filing this motion. NWEA is authorized to represent that Defendants consent to the relief requested herein.

<u>**Memorandum in Support of Motion**</u>

On November 2, 2021, NWEA filed the above-captioned lawsuit against NMFS and Barry Thom, then NMFS Regional Administrator, alleging that NMFS issued a biological opinion that failed to prevent jeopardy to imperiled salmonids in Oregon rivers and was otherwise arbitrary, capricious, and contrary to the Endangered Species Act. ECF No. 1. On January 31, 2022, NWEA filed its First Amended Complaint, adding as Defendants EPA and Michael Regan, in his official capacity as EPA Administrator, alleging that EPA has failed to prevent jeopardy to imperiled species and has failed to re-initiate section 7 consultation, both in violation of the Endangered Species Act. ECF No. 6.

Relatively soon after NWEA amended its Complaint, the Parties sought to extend the deadlines in this case so that they could explore the possibility of resolving the matter through a negotiated settlement. The Court granted that initial stay request on March 1, 2022, and ordered the Parties to file monthly joint status reports beginning April 1, 2022, and to file either a joint proposed schedule or a motion for extension of the stay on or before June 23, 2022. ECF No. 12.

Since that time, the Parties have filed several status reports (*see* ECF Nos. 13, 14, 15, 19, 23, 24), as well as joint motions to extend the stay of the case (*see* ECF Nos. 16, 18, 25) to allow settlement discussions to continue.

Throughout this time, settlement negotiations have been ongoing between the Parties. Those negotiations have involved multiple exchanges of written proposals and counter-proposals, as well as numerous calls between the Parties, between counsel, and between the Parties and counsel together. At this time, the Parties believe that further discussions may continue to prove fruitful in an effort to resolve this case without the Court's intervention. However, undersigned counsel has recently learned of the need to take an unplanned medical leave. *See generally* Declaration of Allison LaPlante in Support of Unopposed Motion to Extend Stay ("LaPlante Dec.").

Given undersigned counsel's two-decade's worth of experience with the legal and factual issues surrounding Oregon's water quality standards for temperature and their impacts to threatened and endangered salmonid species, NWEA would prefer to stay the case rather than find substitute counsel, which has proven unsuccessful to date. LaPlante Dec., ¶¶ 2, 4, 5.

NWEA therefore respectfully requests that the Court continue the stay of the case to March 31, 2023, which is several weeks past when counsel is expected to return from medical leave. The Parties also request that the Court order them, also on that date, to submit a status report and joint motion to continue the stay if settlement is progressing, or a joint schedule to govern further proceedings, should settlement seem unfruitful at that point.

During undersigned counsel's absence, the Parties intend that some additional work toward settlement will still occur. For example, the Parties anticipate that conversations between certain of the Parties' representatives, and potentially conversations with related third-parties,

will still occur without NWEA's counsel. This will position the Parties to resume more formal negotiations relatively quickly after counsel's return. But we respectfully request that the Court discontinue the requirement to submit monthly status reports until March 31, 2023.

This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion. Moreover, the relief requested in this motion may preserve the resources of the Court as well as of the Parties.

Wherefore, NWEA respectfully requests that this Court issue an order as follows:

- Extending the stay of this case to March 31, 2023;

- Requiring the Parties, on March 31, 2023, to file a status report and joint motion to continue the stay for settlement purposes, or a proposed schedule to govern the case if settlement is deemed unfruitful;

- Clarifying that the Parties do not need to file monthly status reports between now and March 31, 2023.

Respectfully submitted on this 12th day of December, 2022.

s/*Allison LaPlante*
ALLISON LAPLANTE
ALEXANDER HOUSTON
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6654, ahouston@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*
