ALLISON LAPLANTE, OSB No. 023614
ALEXANDER HOUSTON, OSB No. 214066
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6654, ahouston@lclark.edu

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **DECLARATION OF ALLISON LAPLANTE IN SUPPORT OF UNOPPOSED MOTION TO EXTEND STAY FOR COUNSEL'S MEDICAL LEAVE** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, SCOTT RUMSEY, in his official capacity as Acting NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

DECLARATION OF ALLISON LAPLANTE

I, Allison LaPlante, hereby declare:

1.  I am the lead attorney for Plaintiff Northwest Environmental Advocates ("NWEA") in this matter.

2.  This case represents the fourth in a series of lawsuits initiated by NWEA—dating to 2001—pertaining to Oregon's water quality standards for temperature and their impact on threatened and endangered salmonids. I have been involved in all four of these lawsuits and was the lead attorney on the last three.

3.  I was recently advised by my doctor to take an immediate medical leave from work. Pursuant to that advice, I intend to be out of the office for roughly three months.

4.  During this time, most of my litigation docket will be covered by other attorneys at my firm, Earthrise Law Center. However, I have been unable to secure internal substitute counsel at Earthrise for this particular case. My colleague, Alex Houston, is also an attorney of record on this case. But given that Mr. Houston is a new practitioner, and he lacks the two-decades worth of experience I have on the underlying legal and factual issues in this case, I believe the best course of action is to stay the case, if at all possible, until my return.

5.  I have spoken with Nina Bell, the Executive Director of Plaintiff NWEA. She has indicated that her preference is to stay the case until my return.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 12th day of December, 2022.

s/ *Allison LaPlante*
Allison LaPlante