UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, SCOTT RUMSEY, in his official capacity as Acting NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

On November 2, 2021, NWEA filed the above-captioned lawsuit against the National Marine Fisheries Service ("NMFS") and Barry Thom, then NMFS Regional Administrator, alleging that NMFS issued a biological opinion that failed to prevent jeopardy to imperiled salmonids in Oregon rivers and was otherwise arbitrary, capricious, and contrary to the Endangered Species Act. ECF No. 1. On January 31, 2022, NWEA filed its First Amended Complaint, adding as Defendants the United States Environmental Protection Agency ("EPA") and Michael Regan, in his official capacity as EPA Administrator, alleging that EPA has failed to prevent jeopardy to imperiled species and has failed to re-initiate section 7 consultation, both in violation of the Endangered Species Act. ECF No. 6.

Relatively soon after NWEA amended its Complaint, the Parties sought to extend the deadlines in this case so that they could explore the possibility of resolving the matter through a negotiated settlement. The Court granted that initial stay request on March 1, 2022, and ordered the Parties to file monthly joint status reports beginning April 1, 2022, and to file either a joint proposed schedule or a motion for extension of the stay on or before June 23, 2022. ECF No. 12. Since that time, the Parties have filed several status reports (*see* ECF Nos. 13, 14, 15, 19, 23, 24), as well as joint motions to extend the stay of the case (*see* ECF Nos. 16, 18, 25) to allow settlement discussions to continue.

On December 12, 2022, NWEA filed an unopposed motion to extend the stay of the case because NWEA's lead counsel needed to take an unplanned medical leave. ECF No. 27. In that motion, NWEA also informed the Court that the Parties aimed to advance settlement during counsel's leave, even though no formal settlement discussions would occur during that time; the Parties also asked to Court to suspend the requirement to submit monthly status reports until March 31, 2023, several weeks after NWEA's counsel's expected return to work. *Id*. at 3–4. The Court granted that motion on December 16, 2022. ECF No. 29.

Prior to NWEA's counsel's medical leave, settlement negotiations had been ongoing between the Parties. Those negotiations involved multiple exchanges of written proposals and counter-proposals, as well as numerous calls between the Parties, between counsel, and between the Parties and counsel together. Since NWEA's counsel's return to work on March 6, 2023, counsel for NWEA and counsel for Defendants have communicated via e-mail and have discussed settlement over the phone. During the period of counsel's medical leave, Defendants completed additional work to further settlement, and continue to do so. To that end, Defendants

anticipate transmitting another written settlement communication to NWEA and the Parties are scheduled to meet the week of April 17–21, 2023.

At this time, the Parties believe that further discussions may continue to prove fruitful in an effort to resolve this case without the Court's intervention. Accordingly, through the contemporaneously filed Joint Motion to Extend Stay, the Parties request that the Court continue the stay of the case for 60 additional days and require the submission of a status report and joint motion to continue the stay for settlement purposes, or a proposed schedule to govern the case if settlement is deemed unfruitful, on or before May 30, 2023.

Respectfully submitted on this 30th day of March, 2023.

<div style="margin-left:50%">

*s/ Allison LaPlante*
ALLISON LAPLANTE
ALEXANDER HOUSTON
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6654, ahouston@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*

*s/ Briena Strippoli*
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*

</div>

**JOINT STATUS REPORT**