UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND STAY** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, SCOTT RUMSEY, in his official capacity as Acting NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**JOINT MOTION TO EXTEND STAY**

<u>**Motion**</u>

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Scott Rumsey, in his official capacity, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity (collectively, "Defendants," and together with NWEA, "the Parties"), respectfully move the Court for an Order extending the current stay of this case until and including June 29, 2023.

In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion, and this motion is jointly submitted.

<u>**Memorandum in Support of Motion**</u>

This case has been stayed since March 1, 2022 (*see* ECF No. 12), and that stay has been extended several times (*see* ECF Nos. 17, 20, 26, 29, 32), for the purposes of allowing the Parties to pursue a negotiated resolution of this matter. As set forth in the Parties' contemporaneously-filed Joint Status Report, settlement negotiations in this case have been ongoing between the Parties. Those negotiations have involved multiple exchanges of written proposals and counter-proposals, as well as numerous calls between the Parties, between counsel, and between the Parties and counsel together. Since the last status report, counsel for NWEA and counsel for Defendants have had several discussions via e-mail and over the phone, NWEA transmitted a memorandum on May 15, 2023, and the Parties and counsel had a virtual meeting on May 23, 2023, wherein the Parties and counsel continued discussions regarding a potential negotiated resolution of this case.

**JOINT MOTION TO EXTEND STAY**

At this time, the Parties believe that further discussions may continue to prove fruitful in an effort to resolve this case without the Court's intervention. The Parties therefore jointly request a 30-day extension of the existing stay to and including June 29, 2023.

The Parties respectfully suggest the facts establish good cause to grant this motion because it will allow the Parties additional time to explore the possibility of a negotiated settlement before engaging in active litigation that may not be necessary and may impair their efforts to explore settlement. Thus, the relief requested in this motion may preserve the resources of the Court as well as of the Parties.

This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

Wherefore, the Parties respectfully request that this Court issue an Order extending the current stay and requiring the Parties to submit a status report and joint motion to continue the stay for settlement purposes, or a proposed schedule to govern the case if settlement is deemed unfruitful, on or before June 29, 2023.

Respectfully submitted on this 31st day of May, 2023.

s/*Allison LaPlante*
ALLISON LAPLANTE
ALEXANDER HOUSTON
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6654, ahouston@lclark.edu

*Attorneys for Plaintiff Northwest*
*Environmental Advocates*

s/*Briena Strippoli*
BRIENA L. STRIPPOLI

U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*