UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND STAY** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as Acting NMFS Regional Administrator for the West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**JOINT MOTION TO EXTEND STAY**

**Motion**

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States

National Marine Fisheries Service ("NMFS"), Jennifer Quan in her official capacity, United

States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity

(collectively, "Defendants," and together with NWEA, "the Parties"), respectfully move the

Court for an Order extending the current stay of this case until and including June 29, 2023.

In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing

this motion, and this motion is jointly submitted.

**Memorandum in Support of Motion**

This case has been stayed since March 1, 2022 (*see* ECF No. 12), and that stay has been

extended several times (*see* ECF Nos. 17, 20, 26, 29, 32, 35), for the purposes of allowing the

Parties to pursue a negotiated resolution of this matter. As set forth in the Parties'

contemporaneously-filed Joint Status Report, the Parties have been unable to reach an agreement

to settle the case. The Parties believe that further discussions will not be fruitful and,

accordingly, seek to reinitiate litigation. The Parties will need time to confer to propose a joint

schedule to govern the case. Because settlement communications have just concluded, and

because the Parties have numerous items to discuss–including the Parties' respective views on

the scope of judicial review in this case, as well as NWEA's recent consideration of seeking

leave to amend the complaint–the Parties believe that they need several weeks to attempt to

reach agreement as to the manner in which this case should proceed and the associated timeline.

This request is not filed for the purpose of delay, and no party will be prejudiced by the granting

of this motion.  Further, allowing the Parties sufficient time to attempt to reach agreement on the

path forward in this litigation will likely save judicial resources. Wherefore, the Parties

**JOINT MOTION TO EXTEND STAY**                                                    Page 1 of 2

respectfully request that this Court issue an Order continuing the stay for an additional 21-days

and requiring the Parties to submit a jointly proposed schedule to govern the case on or before

July 20, 2023.

Respectfully submitted on this 29th of June, 2023.

s/*Allison LaPlante*
ALLISON LAPLANTE
ALEXANDER HOUSTON
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6654, ahouston@lclark.edu

*Attorneys for Plaintiff Northwest
Environmental Advocates*

s/*Briena L. Strippoli*
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources
Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*

**JOINT MOTION TO EXTEND STAY**                    Page 2 of 2