UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as Acting Regional Administrator for NOAA Fisheries' West Coast Region, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

On November 2, 2021, NWEA filed the above-captioned lawsuit against the National

Marine Fisheries Service ("NMFS") and Barry Thom, then NMFS Regional Administrator,

alleging that NMFS issued a biological opinion that failed to prevent jeopardy to imperiled

salmonids in Oregon rivers and was otherwise arbitrary, capricious, and contrary to the

Endangered Species Act. ECF No. 1. On January 31, 2022, NWEA filed its First Amended

Complaint, adding as Defendants the United States Environmental Protection Agency ("EPA")

**JOINT STATUS REPORT**                                                                                                    Page 1

and Michael Regan, in his official capacity as EPA Administrator, alleging that EPA has failed to prevent jeopardy to imperiled species and has failed to re-initiate section 7 consultation, both in violation of the Endangered Species Act. ECF No. 6.

Relatively soon after NWEA amended its Complaint, the Parties sought to extend the deadlines in this case so that they could explore the possibility of resolving the matter through a negotiated settlement. The Court granted that initial stay request on March 1, 2022, and ordered the Parties to file monthly joint status reports beginning April 1, 2022, and to file either a joint proposed schedule or a motion for extension of the stay on or before June 23, 2022. ECF No. 12. Since that time, the Parties have filed several status reports (*see* ECF Nos. 13, 14, 15, 19, 23, 24, 30, 33), as well as joint motions to extend the stay of the case (*see* ECF Nos. 16, 18, 25, 31, 34) to allow settlement discussions to continue.  The Parties have engaged in extensive settlement negotiations during this time.

Despite best efforts, the Parties have been unable to reach an agreement to settle the case. At this time, the Parties believe that further discussions will not be fruitful and, accordingly, seek to reinitiate litigation.  The Parties will need time to confer to propose a joint schedule to govern the case. Because settlement communications have just concluded, and because the Parties have numerous items to discuss–including the Parties' respective views on the scope of judicial review in this case, as well as NWEA's recent consideration of seeking leave to amend the complaint–the Parties believe that they need several weeks to attempt to reach agreement as to the manner in which this case should proceed and the associated timeline. As such, the Parties request that the Court continue the stay for an additional 21-days and require the submission of a jointly proposed schedule to govern the case on or before July 20, 2023.

**JOINT STATUS REPORT**                                                              Page 2

Respectfully submitted on this 29th day of June, 2023.

*s/Allison LaPlante*
ALLISON LAPLANTE
ALEXANDER HOUSTON
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6654, ahouston@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*


*s/Briena L. Strippoli*
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*