ALLISON LAPLANTE, OSB No. 023614
BRIDGETT BUSS, OSB No. 204997
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6825, bridgettbuss@lclark.edu

BRYAN J. TELEGIN, OSB No. 105253
Telegin Law PLLC
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
(206) 453-2884, bryan@teleginlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, BARRY THOM, in his official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator,<br><br>          Defendants. | Case No. 3:21-cv-01591-HZ<br><br>**NOTICE OF APPERANCE** |

NOTICE OF APPEARANCE - 1

Notice is hereby given that Bryan J. Telegin of Telegin Law PLLC hereby enters his appearance as counsel for Plaintiff Northwest Environmental Advocates in the above-captioned action.

Address, telephone, and additional contact information is as follows:

Bryan J. Telegin
Telegin Law PLLC
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
Tel: 206-453-2884
Email: bryan@teleginlaw.com

DATED this 12th day of July, 2023.

TELEGIN LAW PLLC

By: _____
Bryan Telegin, OSB No. 105253
*Counsel for Plaintiff Northwest Environmental Advocates*

NOTICE OF APPEARANCE - 2