UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

NORTHWEST ENVIRONMENTAL
ADVOCATES, a non-profit organization,

Case No. 3:21-cv-01591-HZ

Plaintiff,

v.

**JOINT MOTION TO GOVERN
FURTHER PROCEEDINGS**

UNITED STATES NATIONAL MARINE
FISHERIES SERVICE, a United States
Government Agency, JENNIFER QUAN, in
her official capacity as NMFS Regional
Administrator for the West Coast Region,
THE UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY, a United States Government
Agency, and MICHAEL REGAN, in his
official capacity as EPA Administrator,

Defendants.

**JOINT MOTION TO GOVERN FURTHER
PROCEEDINGS**

<u>**Motion**</u>

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity as EPA Administrator (collectively, "Defendants," and together with NWEA, "the Parties"), respectfully move the Court to lift the stay of this litigation and to enter an Order adopting the Parties' stipulated schedule to govern the initial proceedings in this matter, as set forth in detail below.

In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion, and this motion is jointly submitted.

<u>**Memorandum in Support of Motion**</u>

This case has been stayed since March 1, 2022 (*see* ECF No. 12), and that stay has been extended several times (*see* ECF Nos. 17, 20, 26, 29, 32, 35), for the purpose of allowing the Parties to pursue a negotiated resolution of this matter. As set forth in the Parties' June 29, 2023 Joint Status Report (ECF No. 37), despite the Parties' good-faith efforts spanning nearly one and a half years, the Parties have been unable to reach an agreement to settle the case. The Parties believe that further discussions will not be fruitful and, accordingly, seek to reinitiate litigation.

The Parties have reached agreement on an initial set of deadlines to govern the proceedings in this case. At this time, the Parties are only proposing a sub-set of the necessary deadlines in this case. This is because there are several new and unknown elements in play. For example, NWEA intends to seek leave to file an amended complaint, which will likely narrow the scope of the case; but NWEA needs additional time to complete its draft amended complaint and motion for leave, also accounting for the addition of new co-counsel in this case (*see* ECF

No 39, Notice of Appearance of Bryan J. Telegin, dated July 12, 2023). Further, the Parties are presently unclear as to whether there will be a need for additional motions practice regarding whether the administrative records in this case needs completion and/or supplementation. Likewise, the Parties may ultimately disagree on the scope of judicial review with respect to Claim Two in this case (Endangered Species Act citizen suit claim against EPA), potentially necessitating additional motions practice. Though NWEA intends to seek leave to amend its complaint, it does not intend to alter the basic elements of Claims One and Two in the case, which are the claims that potentially raise issues pertaining to record sufficiency and the scope of judicial review.

The Parties believe that they will be in a better position to propose deadlines for the additional components of this case once NWEA's forthcoming Motion for Leave to File Second Amended Complaint is adjudicated, once the Administrative Records for this case have been produced, and once NWEA has had time to complete an initial review of those Administrative Records. The Parties also commit to working together in good faith, as they have done to date, to first resolve the above issues without the Court's assistance.

Accordingly, the Parties respectfully request the Court enter the following proposed initial schedule:

| PROPOSED DEADLINE | ACTION |
|---|---|
| August 25, 2023 | NWEA to file Motion for Leave to File Second Amended Complaint |
| *If Motion for Leave is __opposed__* | |
| September 20, 2023 | Defendants to file opposition to NWEA's Motion for Leave to File Second Amended Complaint |
| September 27, 2023 | NWEA to file reply to Motion for Leave to File Second Amended Complaint |
| 30 days from the date of the Court's ruling on NWEA's Motion for Leave to File Second Amended Complaint | Defendants to file answer or other pleading responsive to the operative complaint |

**JOINT MOTION TO GOVERN FURTHER
PROCEEDINGS**

| | |
|---|---|
| ***If Motion for Leave is <u>unopposed</u>*** | |
| October 20, 2023 | Defendants to file answer or other pleading responsive to the operative complaint |
| ***Additional deadlines*** | |
| 90 days from the date of the Court's ruling on NWEA's Motion for Leave to File Second Amended Complaint or by November 30, 2023, whichever is later | Defendants to lodge Administrative Records |
| 60 days from the date on which Defendants lodge Administrative Records, or by February 9, 2024, whichever is later | Parties to file second joint motion to govern further proceedings, after conferral |

Respectfully submitted on this 20th day of July, 2023.

*s/Allison LaPlante*
ALLISON LAPLANTE
ALEXANDER HOUSTON
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6654, ahouston@lclark.edu

BRYAN TELEGIN
Telegin Law
175 Parfitt Ave SW, Suite N270
Bainbridge Island, WA 98110
(206) 453-2884, Ext. 101
bryan@teleginlaw.com

*Attorneys for Plaintiff Northwest Environmental Advocates*

*s/Briena L. Strippoli*
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*