UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES**, a nonprofit organization, | **Case No. 3:21-cv-01591-HZ** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| **UNITED STATES NATIONAL MARINE FISHERIES SERVICE,** a United States Government Agency, **JENNIFER QUAN**, in her official capacity as Acting NMFS Regional Administrator for the West Coast Region, **THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, a United States Government Agency, and **MICHAEL REGAN**, in his official capacity at EPA Administrator, | |
| Defendants. | |

Pursuant to Local Civil Rule 83-11(b), Plaintiff hereby gives notice of withdrawal of counsel for Plaintiff in the above-captioned matter. Counsel of record for Plaintiff, Mr. Alexander Houston, undertook this matter as part of his work with Earthrise Law Center, but has subsequently taken a position elsewhere and will no longer be working on this case. Ms. Allison LaPlante will remain as counsel for Plaintiff in this matter.

Respectfully submitted on this 9th day of September, 2023.

> s/Alexander Houston
> Alexander Houston, OSB #214066
> Earthrise Law Center
> Lewis & Clark Law School
> 10101 S. Terwilliger Blvd.
> Portland, OR 97219
> Email: ahouston@lclark.edu

NOTICE OF WITHDRAWAL OF COUNSEL                                    1