**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator,<br><br>        Defendants. | Case No. 3:21-cv-01591-HZ<br><br>**DEFENDANTS' NOTICE OF LODGING ADMINISTRATIVE RECORD OF NATIONAL MARINE FISHERIES SERVICE**<br><br>Hon. Marco A. Hernandez, Chief Judge |

Pursuant to the Court-approved scheduling order, ECF No. 42, Defendants, the United States Environmental Protection Agency ("EPA") and Michael Regan, in his official capacity as EPA Administrator, hereby notice the lodging of EPA's Administrative Record for the claims raised in Plaintiff's Second Amended Complaint, ECF No. 45. The Administrative Record lodged with the Court consists of materials compiled by EPA for the claims raised in this litigation.

EPA's Administrative Record consists of documents bearing Bates numbers EPA000001 through EPA002709. The certification of John Palmer, Senior Policy Advisor, Water Division, Region 10, U.S. Environmental Protection Agency, accompanies EPA's Administrative Record and is attached to this notice as Exhibit 1. A copy of the Index for EPA's Administrative Record

is attached to this notice as Exhibit 2.

EPA's Administrative Record is contained on a USB flash drive, marked with an identifying label. Defendants mailed the record on a flash drive to Plaintiff's counsel on November 29, 2023 via Federal Express overnight. Defendants also sent two flash drives containing copies of EPA's Administrative Record to the Court via Federal Express overnight. One is addressed to the Court Clerk and the other to the Chambers of the Honorable Marco A. Hernandez, Chief Judge.

Respectfully submitted on this 30th day of November 2023,

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
BRIDGET KENNEDY McNEIL, Assistant Section Chief

*/s/ Briena L. Strippoli*
BRIENA L. STRIPPOLI, Trial Attorney
MDBN 0612130372
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0339 (t.) | (202) 305-0275 (f.)
Briena.Strippoli@usdoj.gov

*Counsel for Defendants*