**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, <br><br> Defendants. | Case No. 3:21-cv-01591-HZ <br><br> **DECLARATION OF JOHN PALMER CERTIFYING THE ADMINISTRATIVE RECORD FOR JUDICIAL REVIEW OF CLAIM 2 OF THE SECOND AMENDED COMPLAINT** |

I, John Palmer, hereby declare as follows to the best of my memory and knowledge:

1. I am a Senior Policy Advisor currently employed by Environmental Protection Agency ("EPA") Region 10. I work in EPA Region 10's Water Division. I have been employed by EPA in my current position as the Senior Policy Advisor since 2000. Among other duties, I am the Region 10 senior staff person responsible for coordinating the Water Division's Endangered Species Act ("ESA") Section 7 consultations, including working with the National Marine Fisheries Service to develop reasonable and prudent alternatives.

2. I make this declaration based on my personal knowledge of and responsibilities concerning, among other issues, EPA's ESA consultation on Oregon's temperature water quality standards and development of EPA's 2021 Columbia River Cold Water Refuges Plan, and

information provided to me by other EPA staff.

3. Given this knowledge and expertise, and as part of my assigned duties, I coordinated the compilation of the Administrative Record in response to the allegations in Claim 2 of the Second Amended Complaint filed in the above-captioned case.

4. I hereby certify that, to the best of my knowledge, the documents listed in the attached index comprises EPA's administrative record for the alleged agency action or inaction for claim two in Plaintiff's Second Amended Complaint, ECF No. 45. All records identified in the attached index and provided to the Court and parties constitute a true and correct copy of the relevant records as retained in EPA's files.

5. EPA's Administrative Record for this case is in Adobe Acrobat (PDF) format. EPA's Administrative Record contains 89 documents bearing Bates numbers EPA000001-EPA002709.

6. EPA's Administrative Record and index are contained on a USB flash drive, two copies of which will be provided to the Court. Plaintiff will also be sent two USB flash drives containing EPA's Administrative Record.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 11/28/23

John Palmer
Senior Policy Advisor
Water Division
Region 10
U.S. Environmental Protection Agency