EPA Administrative Record Index
USDC DOR 3:21-cv-01591-HZ

| Category | Bates Beg | Bates End | Date | Author | Subject |
|---|---|---|---|---|---|
| **Columbia TMDL** | | | | | |
| TMDL | EPA_000001 | EPA_000324 | 08/13/2021, revised 05/10/2022 | US EPA Region 10 | Columbia and Lower Snake River Temperature TMDL |
| Response to comments | EPA_000325 | EPA_000422 | 08/13/2021 | US EPA Region 10 | EPA's response to public comments re Columbia and Lower Snake Rivers Temperature TMDL |
| **CWR Report** | | | | | |
| Fact Sheet | EPA_000423 | EPA_000426 | 01/2021 | US EPA Region 10 | Columbia River Cold Water Refuges Plan Fact Sheet |
| Plan | EPA_000427 | EPA_000642 | 01/2021 | US EPA Region 10 | Columbia River Cold Water Refuges Plan |
| Appendix / Technical Memorandum | EPA_000643 | EPA_000668 | 03/24/2020 | Martin Merz, John Palmer, Alex Clayton | Appendix 1 to Columbia River Cold Water Refuges Plan, Technical Memorandum re characterization of Columbia River temperature variability |
| Appendix / Memorandum | EPA_000669 | EPA_000670 | 06/06/2017 | Peter Leinenbach | Appendix 2 to Columbia River Cold Water Refuges Plan, Memorandum re: evaluation of the potential Cold Water refugia created by tributaries within the Lower/Middle Columbia River based on NorWeST temperature model |
| Appendix / Technical Memorandum | EPA_00671 | EPA_000680 | 03/29/2018 | John Palmer, Dru Keenan | Appendix 3 to Columbia River Cold Water Refuges Plan, Technical Memorandum re screening approach to identify the 23 tributaries that currently provide CWR in the lower Columbia River |
| Appendix / Technical Memorandum | EPA_000681 | EPA_000698 | 11/11/2018 | John Palmer, Joe Ebersole, Jenny Wu, Dylan Laird | Appendix 4 to Columbia River Cold Water Refuges Plan, Technical Memorandum re location of upstream extent of 23 CWR areas used by migrating salmon and steelhead |
| Appendix / Technical Memorandum | EPA_000699 | EPA_000702 | 07/22/2020 | John Palmer | Appendix 5 to Columbia River Cold Water Refuges Plan, Technical Memorandum re volume of Cold Water refuge associated with the 23 tributaries providing CWR in the Lower Columbia River and selection of the 12 primary CWR |
| Appendix / Technical Memorandum | EPA_000703 | EPA_000724 | 06/23/2017 | Ben Cope, Jonnel Deacon, Peter Leinenbach | Appendix 6 to Columbia River Cold Water Refuges Plan, Technical Memorandum re CORMIX modeling of tributary plumes in the Lower Columbia River |

EPA Administrative Record Index
USDC DOR 3:21-cv-01591-HZ

| Category | Bates Beg | Bates End | Date | Author | Subject |
|---|---|---|---|---|---|
| Appendix / Memorandum | EPA_000725 | EPA_000726 | 06/09/2020 | Peter Leinenbach | Appendix 7 to Columbia River Cold Water Refuges Plan, Memorandum re estimating the potential Cold Water refugia volume within tributaries that discharge into the Columbia River |
| Appendix / Memorandum | EPA_000727 | EPA_000774 | 03/01/2017 | Peter Leinenbach | Appendix 8 to Columbia River Cold Water Refuges Plan, Memorandum re estimates of plum volume associated with five tributary/Columbia River confluence sites using USEPA field data collected in 2016 |
| Appendix / Memorandum | EPA_000775 | EPA_000776 | 05/22/2017 | Peter Leinenbach | Appendix 9 to Columbia River Cold Water Refuges Plan, Memorandum re estimated CWR volume for the Wind River and Little White Salmon River/Drano Lake |
| Appendix / Memorandum | EPA_000777 | EPA_000779 | 06/01/2017 | Peter Leinenbach | Appendix 10 to Columbia River Cold Water Refuges Plan, Memorandum re estimated CWR volume in Herman Creek Cove |
| Appendix / Memorandum | EPA_000780 | EPA_000782 | 06/01/2017 | Peter Leinenbach | Appendix 10(1) to Columbia River Cold Water Refuges Plan, Memorandum re estimated CWR volume in Herman Creek Cove |
| Appendix / Memorandum | EPA_000783 | EPA_000796 | 09/27/2017 | Peter Leinenbach | Appendix 11 to Columbia River Cold Water Refuges Plan, Memorandum re supplement to estimated CWR volume in Herman Creek Cove |
| Appendix / Memorandum | EPA_000797 | EPA_000838 | 02/17/2017 | Peter Leinenbach | Appendix 12 to Columbia River Cold Water Refuges Plan, Memorandum re tributary and Columbia River measured temperature data summary |
| Appendix / Memorandum | EPA_000839 | EPA_000876 | 07/23/2020 | John Palmer | Appendix 13 to Columbia River Cold Water Refuges Plan, Memorandum re estimating the number of steelhead and fall chinook using CWR in the Bonneville Reservoir Reach |
| Appendix / Memorandum | EPA_000877 | EPA_000881 | 03/13/2019 | Peter Leinenbach | Appendix 14 to Columbia River Cold Water Refuges Plan, Memorandum re water temperature estimates of the Columbia River and tributaries in 2040 and 2080 |

EPA Administrative Record Index
USDC DOR 3:21-cv-01591-HZ

| Category | Bates Beg | Bates End | Date | Author | Subject |
|---|---|---|---|---|---|
| Appendix / Technical Memorandum | EPA_000882 | EPA_000912 | 11/20/2018 | Matthew Fuller, Naomi Detenbeck, Peter Leinenbach, Rochelle Labiosa, Dan Isaak | Appendix 15 to Columbia River Cold Water Refuges Plan Technical Memorandum for CWR report |
| Appendix / Assessment | EPA_000913 | EPA_000946 | 03/2020 | US EPA Region 10 | Appendix 16 to Columbia River Cold Water Refuges Plan, Assessment and Synthesis of the Literature on Climate Change Impacts on Temperatures of the Columbia and Snake Rivers |
| Appendix / Memorandum | EPA_000947 | EPA_000950 | 06/07/2017 | Peter Leinenbach | Appendix 17 to Columbia River Cold Water Refuges Plan, Memorandum re water temperature estimates of the Lower/Middle Columbia River and tributaries in 2040 and 2080 based on the NorWeST model |
| Appendix / Memorandum | EPA_000951 | EPA_000951 | 04/11/2019 | Peter Leinenbach | Appendix 18 to Columbia River Cold Water Refuges Plan, Memorandum re predicted maximum temperature using the NorWeST model in 12 primary Cold Water tributaries and 2 "restore" tributaries |
| Appendix / Memorandum | EPA_000952 | EPA_000952 | 06/05/2019 | Peter Leinenbach | Appendix 19 to Columbia River Cold Water Refuges Plan, Memorandum re comparison of NorWeST future temperature estimates to a continuation of historical warming trends in the lower Columbia River |
| Appendix / Technical Memorandum | EPA_000953 | EPA_000963 | 08/06/2020 | Keyyana Blount, Alex Clayton, Abigail Conner, David Gruen, Miranda Magdangal, Marint Merz, Jennifer Wu | Appendix 20 to Columbia River Cold Water Refuges Plan, Technical Memorandum re protect and restore snapshot assumptions and approaches |
| Appendix / Technical Memorandum | EPA_000964 | EPA_001049 | 08/16/2020 | Marcía Snyder, Nathan Schumaker, Joe Ebersole | Appendix 21 to Columbia River Cold Water Refuges Plan, Technical Memorandum re HexSim migration corridor simulation model results |

EPA Administrative Record Index
USDC DOR 3:21-cv-01591-HZ

| Category | Bates Beg | Bates End | Date | Author | Subject |
|---|---|---|---|---|---|
| Appendix / Memorandum | EPA_001050 | EPA_001076 | 05/18/2020 | Peter Leinenbach | Appendix 22 to Columbia River Cold Water Refuges Plan, Memorandum re: evaluation of tributary temperature values included in Table 2-3 of the Cold Water Refugia (CWR) plan |
| Appendix / Memorandum | EPA_001077 | EPA_001088 | 05/19/2020 | Peter Leinenbach | Appendix 22 to Columbia River Cold Water Refuges Plan, Memorandum re comparison between NHDPlus modeled August mean flow conditions and available flow data collected at the primary Cold Water Refugia (CWR) streams |
| Response to comments | EPA_001089 | EPA_001379 | 12/16/2020 | US EPA Region 10 | Comments and responses to comments on the October 2019 Draft Columbia River Cold Water Refuges Plan |
| **Correspondence** | | | | | |
| Correspondence | EPA_001380 | EPA_001380 | 09/22/2016 | John Palmer | Email re Columbia River CWR Scope of Work letter to NOAA |
| Attachment | EPA_001381 | EPA_001381 | 09/21/2016 | Christine Psyk | Letter to Kim Kratz, NMFS, re Scope of Work for EPA's Columbia River Cold Water Refugia Project |
| Attachment | EPA_001382 | EPA_001392 | 09/2016 | | Draft Columbia River Cold Water Refugia Plan Scope of Work |
| Correspondence | EPA_001393 | EPA_001394 | 09/12/2017 | John Palmer | Email invitation to EPA Columbia River Cold Water Refuges Public Workshop – Nov 8 (9AM – 1PM) |
| Correspondence | EPA_001395 | EPA_001401 | 12/14/2017 | John Palmer | Email re EPA Columbia River Cold Water Refuge Nov 8 Workshop Presentation Materials |
| Attachment | EPA_001402 | EPA_001414 | | | Intro CWR Workshop 2017 Keenan |
| Attachment | EPA_001415 | EPA_001465 | | | Fish Water CWR Workshop 2017 Palmer |
| Attachment | EPA_001466 | EPA_001515 | | | HexSim CWR Workshop 2017 Snyder |
| Attachment | EPA_001516 | EPA_001565 | | | Protect Restore CWR Workshop 2017 Wu |
| Attachment | EPA_001566 | EPA_001569 | | | Wrap-up CWR Workshop 2017 Keenan |
| Correspondence | EPA_001570 | EPA_001571 | 03/02/2018 | John Palmer | Email re: Columbia CWR Project Check-in |
| Attachment | EPA_001572 | EPA_001584 | | | 10/31/2017 Memo Number of Steelhead in CWR |
| Attachment | EPA_001585 | EPA_001604 | | | 11/02/2017 Memo 26 CWR Areas Upstream Extent |
| Attachment | EPA_001605 | EPA_001613 | | | 11/02/2017 Memo Selection of CWR Tribs |
| Attachment | EPA_001614 | EPA_001615 | | | 12/12/2017 Memo CWR Volume of 26 Tributaries |
| Correspondence | EPA_001616 | EPA_001616 | 04/18/2019 | John Palmer | Email re: Working Draft of the Columbia River Cold Water Refuges Plan |
| Attachment | EPA_001617 | EPA_001780 | 04/2019 | | Working draft of Columbia River Cold Water Refuges Plan, attached to 04/18/2019 email |

EPA Administrative Record Index
USDC DOR 3:21-cv-01591-HZ

| Category | Bates Beg | Bates End | Date | Author | Subject |
|---|---|---|---|---|---|
| Attachment | EPA_001781 | EPA_001798 | 03/28/2019 | Snyder et al., | Snyder article: *Individual based modeling of fish migration in a 2-D river system: model description and case study* |
| Correspondence | EPA_001799 | EPA_001800 | 11/13/2023 | John Palmer | Email re: Working Draft of the Columbia River Cold Water Refuge Plan |
| Attachment | EPA_001801 | EPA_001964 | 04/2019 | | Working draft of Columbia River Cold Water Refuge Plan |
| Attachment | EPA_001965 | EPA_001982 | 03/11/2019 | Snyder, et al., | Snyder article: *Individual based modeling of fish migration in a 2-D river system: model description and case study* |
| **NPDES Permits** | | | | | |
| NPDES Permit | EPA_001983 | EPA_002024 | 07/01/2023 | Daniel D. Opalski | Permit No.: WA 0026778, Authorization to Discharge under the National Pollutant Discharge Elimination System from the Bonneville Project located in Cascade Locks, Oregon, effective 07/01/2023 |
| NPDES Permit | EPA_002025 | EPA_002065 | 07/01/2023 | Daniel D. Opalski | Permit No.: WA 0026701, Authorization to Discharge under the National Pollutant Discharge Elimination System from The Dalles Lock and Dam located in The Dalles, Oregon, effective 07/01/2023 |
| NPDES Permit | EPA_002066 | EPA_002104 | 07/01/2023 | Daniel D. Opalski | Permit No.: WA 0026832, Authorization to Discharge under the National Pollutant Discharge Elimination System from the John Day Project located in Rufus, Oregon, effective 07/01/2023 |
| Response to comments | EPA_002105 | EPA_002169 | 12/15/2022 | | Response to Comments on Lower Columbia River Federal Dam NPDES Permits 2022 – Bonneville Project WA0026778, The Dalles Lock and Dam WA0026701, John Day Project WA0026832, McNary Lock and Dam WA0026824 |
| NPDES Permit | EPA_002170 | EPA_002204 | 07/01/2023 | Daniel D. Opalski | Permit No.: WA 0026824, Authorization to Discharge under the National Pollutant Discharge Elimination System from the McNary Lock and Dam located in Umatilla, Oregon, effective 07/01/2023 |
| **Outreach: other presentations** | | | | | |
| PowerPoint presentation | EPA_002205 | EPA_002226 | 01/2016 | John Palmer | Columbia River Cold Water Refugia Plan (NMFS 2015 Oregon WQS BiOp RPA) for Northwest Power & Conservation Council |

EPA Administrative Record Index
USDC DOR 3:21-cv-01591-HZ

| Category | Bates Beg | Bates End | Date | Author | Subject |
|---|---|---|---|---|---|
| PowerPoint presentation | EPA_002227 | EPA_002272 | 01/12/2016 | Stan Gregory, Oregon State University; Dave Hulse, University of Oregon | Cold Water Refuges in the Willamette River |
| PowerPoint Presentation | EPA_002273 | EPA_002292 | 02/29/2016 | John Palmer | Columbia River Cold Water Refugia Plan (NMFS 2015 Oregon WQS BiOp RPA) |
| PowerPoint presentation | EPA_002293 | EPA_002311 | 02/18/2016 | | Summary of Scientific Studies on how elevated temperatures effect adult Salmon and Steelhead survival and behavior in the Columbia River – EPA Columbia River Cold Water Refugia Project |
| PowerPoint presentation | EPA_002312 | EPA_002336 | 09/2016 | John Palmer | Columbia River Cold Water Refugia Plan (NMFS 2015 Oregon WQS BiOp RPA) |
| PowerPoint presentation | EPA_002337 | EPA_002387 | 07/18/2017 | | Habitat Restoration on the Mainstem Columbia, Federal Caucus |
| PowerPoint presentation | EPA_002388 | EPA_002432 | 11/2017 | John Palmer | Lower Columbia River Cold Water Refuges & How Fish Use Them EPA, Public Workshop 11/2017 |
| PowerPoint presentation | EPA_002433 | EPA_002436 | 04/2018 | John Palmer | Columbia River Cold Water Refuges Project |
| PowerPoint slides | EPA_002437 | EPA_002454 | | C. Collins | Thermal Refuge Sufficiency Modeling Framework |
| PowerPoint Presentation | EPA_002455 | EPA_002490 | | Chris Collins, Catherine Corbett, Keith Marcoe, Paul Kolp, Lower Columbia Estuary Partnership | Restoration of Cold Water Refugia in the Upper Columbia River Estuary |
| **Outreach: Public Workshop Fall 2017** | | | | | |
| Correspondence | EPA_002491 | EPA_002493 | 09/12/2017 | John Palmer | Email invitation to EPA Region 10's Columbia River Cold Water Refuges Project on November 8, 2017 |
| PowerPoint presentation | EPA_002494 | EPA_002506 | 11/08/2017 | | Columbia River Cold Water Refuges Project – Introduction to Presentation |

EPA Administrative Record Index
USDC DOR 3:21-cv-01591-HZ

| Category | Bates Beg | Bates End | Date | Author | Subject |
|---|---|---|---|---|---|
| PowerPoint presentation | EPA_002507 | EPA_002556 | 11/08/2017 | Marcía Snyder, Joseph Ebersole, Nathan Schumaker, Randy Comeleo, Jason Dunham, Matther Keefer, Allen Brookes, Scott Heppell, Dru Keenan, John Palmer | Individual-based modeling of Cold Water refuge use in the Columbia River |
| PowerPoint presentation | EPA_002557 | EPA_002607 | 11/08/2017 | John Palmer | Public Workshop: Lower Columbia River Cold Water Refuges & How Fish Use Them |
| PowerPoint presentation | EPA_002608 | EPA_002611 | 11/08/2017 | | Wrap Up |
| **Outreach: Science Workshop Spring 2016** | | | | | |
| | EPA_002612 | EPA_002615 | | | Discussion Questions for Cold Water Refuge Workshop |
| | EPA_002616 | EPA_002617 | | | Columbia River Cold Water Refugia Technical Workshop Potential Participants list |
| Correspondence | EPA_002618 | EPA_002619 | 04/13/2016 | John Palmer | Email Invitation to Columbia River Cold Water Refugia Workshop |
| | EPA_002620 | EPA_002623 | 04/18/2016 | | Draft Discussion Questions for Cold Water Refugia Workshop |
| Correspondence | EPA_002624 | EPA_002624 | 06/30/2016 | John Palmer | Email thanking attendees of the 06/01/2016 Columbia River Cold Water Refugia Workshop |
| Attachment | EPA_002625 | EPA_002631 | 06/01/2016 | | Columbia River CWR 06/01/2016 Workshop Summary |
| | EPA_002632 | EPA_002632 | | | Preparations for Science Workshop on Fish use of Cold Water Refugia in the Columbia draft task list |
| PowerPoint presentation | EPA_002633 | EPA_002655 | 10/16/2018 | Jenny Wu | Cold Water Refuges in the Columbia River, PNW Regional Conference – SWS and SER |
| Correspondence | EPA_002656 | EPA_002656 | 10/03/2019 | John Palmer | Email requesting feedback on Draft Columbia Cold Water Refuge Plan |
| **Post CWR Plan** | | | | | |

7

EPA Administrative Record Index
USDC DOR 3:21-cv-01591-HZ

| Category | Bates Beg | Bates End | Date | Author | Subject |
|---|---|---|---|---|---|
| Correspondence | EPA_002657 | EPA_002657 | 01/09/2023 | John Palmer | Email re Agenda and Read-Ahead for Caucus Workplan Subgroup |
| Attachment | EPA_002658 | EPA_002659 | 01/2023 | | Near-Term CWR Plan Implementation Actions – Federal Caucus Involvement Draft 01/2023 |
| Correspondence | EPA_002660 | EPA_002660 | 03/01/2023 | Emily Stranz | Email re: Follow-up from 2/16 Federal Caucus Meeting |
| Attachment | EPA_002661 | EPA_002664 | | | Columbia River Basin Federal Caucus Draft version 3 2023 Annual Workplan – Climate Change-Focused Initiatives, |
| Correspondence | EPA_002665 | EPA_002665 | 04/11/2023 | Emily Stranz | Email re: April 18 Federal Caucus Meeting Materials |
| Attachment | EPA_002666 | EPA_002667 | | | PIT detector Subgroup Notes 04/03/2023 |
| Attachment | EPA_002668 | EPA_002669 | | | Temperature and Flow Monitoring in CWR Streams Subgroup Notes 03/28/2023 |
| Attachment | EPA_002670 | EPA_002670 | | | Horsetail and Oneonta CWR Augmentation Subgroup Notes 03/30/2023 |
| Correspondence | EPA_002671 | EPA_002686 | 11/14/2023 | Emily Stranz | Email re: scheduling a planning call for Columbia River Federal Caucus update on CWR work group to Gorge Commission on November 14 |
| Attachment | EPA_002687 | EPA_002709 | 11/14/2023 | | Columbia River Federal Caucus Cold Water Refuges Initiative presentation |