U.S. DEPARTMENT OF COMMERCE

FORM CD-64
(REV.1-00)
DAO 201-17

Portland, Oregon, November 28, 2023

I HEREBY CERTIFY that the annexed is a true copy of the National Marine Fisheries Service's administrative record for the Endangered Species Act Biological Opinion on the Environmental Protection Agency's Proposed Approval of Certain Oregon Water Quality Standards Including Temperature and Intergravel Dissolved Oxygen, issued on November 3, 2015 (2015 Biological Opinion), and challenged in the matter of *Northwest Environmental Advocates v. National Marine Fisheries Service, et al.*, No. 3:21-cv-01591(D. Or.). I currently serve as a Branch Chief in the Interior Columbia Basin Office for the National Marine Fisheries Service's (NMFS) West Coast Region, which includes the states of Oregon, Washington, California, Idaho and Montana. I have been employed by NMFS as a fishery biologist, developing information and recommendations relating to fish passage, water quality, and working on the impacts of hydropower projects on salmon and steelhead, since 1993. I provided review and advice during the development of the 2015 Biological Opinion and I am familiar with its contents and analyses. I helped coordinate the compilation of the above referenced administrative record. The administrative record is on file with the National Marine Fisheries Service, National Oceanic & Atmospheric Administration, 1201 Northeast Lloyd Boulevard, Suite 1100, Portland, Oregon.

_____
Ritchie Graves
Branch Chief, Columbia Hydropower
Branch, Interior Columbia Basin
Office
National Marine Fisheries Service,
West Coast Region

I HEREBY CERTIFY that Ritchie Graves, who signed the foregoing certificate, is now, and was at the time of signing, a custodian of records, National Marine Fisheries Service, West Coast Region, and that full faith and credit should be given to his certificate as such.

In WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this 28th day of November, 2023.

For the SECRETARY OF COMMERCE:



Jennifer Quan
Certifying Officer
Regional Administrator
National Marine Fisheries Service,
West Coast Region