ALLISON LAPLANTE, OSB No. 023614
LYDIA DEXTER, OSB No. 233151
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6894, laplante@lclark.edu
(503) 768-6830, lydiadexter@lclark.edu

BRYAN TELEGIN, OSB No. 105253
Telegin Law
175 Parfitt Ave. SW, Suite N270
Bainbridge Island, WA 98110
(206) 453-2884, Ext. 101
bryan@teleginlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, BARRY THOM, in his official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

Notice is given that Lydia Dexter of Earthrise Law Center hereby enters her appearance as counsel for Plaintiff Northwest Environmental Advocates in the above-captioned action.

Address, telephone, and additional contact information is as follows:

Lydia Dexter
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
Tel: (503) 768-6830
Email: lydiadexter@lclark.edu

DATED this 19th day of February, 2024.

*/s/ Lydia Dexter*
Lydia Dexter, OSB No. 233151
*Counsel for Plaintiff Northwest Environmental Advocates*

1 NOTICE OF APPEARANCE