UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


NORTHWEST ENVIRONMENTAL
ADVOCATES, a non-profit organization,

Plaintiff,

v.

UNITED STATES NATIONAL MARINE
FISHERIES SERVICE, a United States
Government Agency, JENNIFER QUAN, in
her official capacity as NMFS Regional
Administrator for the West Coast Region,
THE UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY, a United States Government
Agency, and MICHAEL REGAN, in his
official capacity as EPA Administrator,

Defendants.

Case No. 3:21-cv-01591-HZ

**JOINT MOTION TO EXTEND
CASE SCHEDULE**

<u>**Motion**</u>

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity as EPA Administrator (collectively, "Defendants," and together with NWEA, "the Parties"), respectfully move the Court to extend the current case schedule set forth in this Court's Order, ECF No. 51.

In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion, and this motion is jointly submitted.

<u>**Memorandum in Support of Motion**</u>

The Parties respectfully seek an extension of the deadlines set forth in this Court's January 22, 2024 Order, ECF No. 51. Specifically, the Parties seek 45 additional days to complete their conferral over the administrative records. The Parties are also conferring regarding other ways in which they may streamline this case for the Court's review.

The Parties have been working collaboratively to come to an agreement regarding the administrative records, but need further time to continue these negotiations. By extending the current case schedule, the Parties could potentially come to an agreement on certain issues, which may reduce the number of issues the Court must decide. The Parties have agreed upon internal deadlines for further communications to ensure the efficiency of their negotiations.

The Parties propose the following modified schedule:

1   JOINT MOTION TO EXTEND CASE SCHEDULE

| Action | Court Order Deadline (ECF No. 51) | Proposed New Deadline |
|---|---|---|
| Deadline to confer about any record issues. If no AR issues, then Parties will file a proposed schedule for summary judgment briefing. | March 1, 2024 | April 15, 2024 |
| If Parties are unable to agree upon the ARs, Plaintiff to file motion(s) challenging adequacy of the AR(s) and/or scope of review. | March 29, 2024 | May 13, 2024 |

## Conclusion

For the foregoing reasons, the Parties respectfully request that the Court modify the schedule in this case by 45 days, as reflected above.

Dated this 29 day of February, 2024.

/s/ Lydia Dexter
LYDIA DEXTER, OSB No. 233151
ALLISON LAPLANTE, OSB No. 023614
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6830, lydiadexter@lclark.edu
(503) 768-6894, laplante@lclark.edu

BRYAN TELEGIN, OSB No. 105253
Telegin Law
175 Parfitt Ave. SW, Suite N270
Bainbridge Island, WA 98110
(206) 453-2884, Ext. 101
bryan@teleginlaw.com

*Attorneys for Plaintiff Northwest Environmental Advocates*

/s/ Briena Strippoli
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*