UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

NORTHWEST ENVIRONMENTAL
ADVOCATES, a non-profit organization,

Plaintiff,

v.

UNITED STATES NATIONAL MARINE
FISHERIES SERVICE, a United States
Government Agency, JENNIFER QUAN, in
her official capacity as NMFS Regional
Administrator for the West Coast Region,
THE UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY, a United States Government
Agency, and MICHAEL REGAN, in his
official capacity as EPA Administrator,

Defendants.

Case No. 3:21-cv-01591-HZ

**JOINT MOTION TO EXTEND
CASE SCHEDULE**

**Motion**

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity as EPA Administrator (collectively, "Defendants," and together with NWEA, "the Parties"), respectfully move the Court to extend the current case schedule set forth in this Court's Order, ECF No. 54.

In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion, and this motion is jointly submitted.

**Memorandum in Support of Motion**

The Parties respectfully seek an extension of the deadlines set forth in this Court's March 1, 2024 Order, ECF No. 54. Specifically, the Parties seek an additional 60-day extension to complete their conferral over the administrative record and scope of judicial review in this case. The Parties are also conferring regarding other ways in which they may streamline this case for the Court's review.

The Parties have been working collaboratively to come to an agreement regarding the administrative records, but need further time to continue these negotiations. By extending the current case schedule, the Parties could potentially come to an agreement on certain issues, which may reduce the number of issues the Court must decide. The Parties have agreed upon internal deadlines for further communications to ensure the efficiency of their negotiations. The Parties have also exchanged several detailed letters regarding administrative records and the scope of judicial review in this process, and the Parties are currently scheduled to have another call next week to further discuss these issues.

1    JOINT MOTION TO EXTEND CASE SCHEDULE

In addition to the above reasons, an extension is needed because of counsel's competing obligations, and because NWEA's representative is about to be out of the office and unavailable for several weeks for medical reasons.

The Parties propose the following modified schedule:

| Action | Court Order Deadline (ECF No. 54) | Proposed New Deadline |
|---|---|---|
| Deadline to confer about any record issues. If no AR issues, then Parties will file a proposed schedule for summary judgment briefing. | April 15, 2024 | June 14, 2024 |
| If Parties are unable to agree upon the ARs, Plaintiff to file motion(s) challenging adequacy of the AR(s) and/or scope of review. | May 13, 2024 | July 12, 2024 |

## Conclusion

For the foregoing reasons, the Parties respectfully request that the Court modify the schedule in this case by 60 days, as reflected above.

Dated this 15th day of April, 2024.

/s/ Lydia Dexter
LYDIA DEXTER, OSB No. 233151
ALLISON LAPLANTE, OSB No. 023614
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6830, lydiadexter@lclark.edu
(503) 768-6894, laplante@lclark.edu

BRYAN TELEGIN, OSB No. 105253
Telegin Law
175 Parfitt Ave. SW, Suite N270
Bainbridge Island, WA 98110
(206) 453-2884, Ext. 101
bryan@teleginlaw.com

*Attorneys for Plaintiff Northwest
Environmental Advocates*

/s/ Briena Strippoli
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*