UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **JOINT MOTION TO SET ADMINISTRATIVE RECORD MOTION BRIEFING SCHEDULE** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

<u>**Motion**</u>

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity as EPA Administrator (collectively, "Defendants," and together with NWEA, "the Parties"), respectfully move the Court to set the briefing schedule to resolve issues with Defendants' Administrative Records that the Parties were unable to resolve during the conferral period, including the modification of the current case schedule set forth in this Court's Order, ECF No. 56. In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion, and this motion is jointly submitted.

<u>**Memorandum in Support of Motion**</u>

The Parties respectfully seek a modification of the deadlines set forth in this Court's April 18, 2024 Order, ECF No. 56, and for the Court to set a briefing schedule for the Administrative Record motion NWEA intends to file.

The Parties have worked diligently over many months to resolve numerous issues pertaining to the sufficiency of NMFS's Administrative Record and the scope of review for NWEA's claim against EPA. Despite the Parties' best efforts, the Parties have concluded that they do not agree about EPA's Administrative Record, ECF No. 48-2 (EPA Record Index), and will ultimately need the Court to resolve the scope of judicial review for that claim. The Parties plan on continuing to confer regarding the remaining issues regarding NMFS's Administrative Record (ECF No. 49-2); however, if the Parties are unable to resolve the remaining issues, they may include some of these issues in the forthcoming motion.

1 JOINT MOTION TO SET ADMINISTRATIVE RECORD MOTION BRIEFING SCHEDULE

The Parties propose the following briefing schedule: Plaintiff NWEA will file its record motion on July 26, 2024; Defendants will have three weeks to file their response brief, due August 16, 2024; and NWEA will have three weeks to file its reply brief, due September 6, 2024.

## <u>Conclusion</u>

For the foregoing reasons, the Parties respectfully request that the Court modify its Order, ECF No. 56, and set the Administrative Record motion briefing schedule in accordance with the Parties' proposed dates above.

Dated this 17th day of June, 2024.

<table>
<tr><td><u>/s/ Lydia Dexter</u><br>LYDIA DEXTER, OSB No. 233151<br>Earthrise Law Center<br>Lewis & Clark Law School<br>10101 S. Terwilliger Blvd.<br>Portland, OR 97219-7799<br>(503) 768-6830<br>lydiadexter@lclark.edu<br><br>*Attorney for Plaintiff Northwest*<br>*Environmental Advocates*</td><td><u>/s/ Briena Strippoli</u><br>BRIENA L. STRIPPOLI<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044-7611<br>(202) 305-0339<br>briena.strippoli@usdoj.gov<br><br>*Attorney for Defendants*</td></tr>
</table>