UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-HZ |
| Plaintiff, | |
| v. | **JOINT MOTION TO EXTEND ADMINISTRATIVE RECORD BRIEFING SCHEDULE** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**Motion**

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Michael Regan, in his official capacity as EPA Administrator (collectively, "Defendants," and together with NWEA, "the Parties"), respectfully move the Court to extend the current briefing schedule for motions related to Defendants' administrative records set forth in this Court's Order, ECF No. 58. In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion, and this motion is jointly submitted.

**Memorandum in Support of Motion**

The Parties respectfully seek an extension of the deadlines set forth in this Court's June 21, 2024 Order, ECF No. 58. Specifically, the Parties seek to move NWEA's record motion deadline by one week, and move the two subsequent briefing deadlines to accommodate other litigation deadlines and travel plans counsel for each of the Parties have that will be affected by the change of the first motion deadline.

The Parties are seeking this extension because NWEA's lead counsel, Allison LaPlante, recently broke her hand, which required surgery, and counsel has been unable to type. Additionally, the Parties are very close to resolving all remaining issues regarding the sufficiency of NMFS's Administrative Record. By extending the deadline for NWEA's record motion by one week, the Parties might be able to eliminate a number of issues they otherwise would have had to ask the Court to resolve.

1  JOINT MOTION TO EXTEND ADMINISTRATIVE RECORD BRIEFING SCHEDULE

The Parties propose the following modified schedule:

| Action | Court Order Deadline (ECF No. 58) | Proposed New Deadline |
|---|---|---|
| NWEA to file its record motion. | July 26, 2024 | August 2, 2024 |
| Defendants to file their response brief. | August 16, 2024 | August 30, 2024 |
| NWEA to file its reply brief. | September 6, 2024 | September 27, 2024 |

## Conclusion

For the foregoing reasons, the Parties respectfully request that the Court modify the current briefing schedule for motions related to the administrative records, ECF No. 58.

Dated this 25th day of July, 2024.

/s/ Lydia Dexter
LYDIA DEXTER, OSB No. 233151
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6830
lydiadexter@lclark.edu

*Attorney for Plaintiff Northwest Environmental Advocates*

/s/ Briena Strippoli
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

*Attorney for Defendants*