ALLISON LAPLANTE, OSB No. 023614
Attorney at Law
333 NE Russell St. #200
Portland, OR 97212
(503) 351-1326, allison.laplante@gmail.com

LYDIA DEXTER, OSB No. 233151
Earthrise Law Center, Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
(503) 768-6830, lydiadexter@lclark.edu

BRYAN TELEGIN, OSB No. 105253
Telegin Law
175 Parfitt Ave., SW Suite N270
Bainbridge Island, WA 98110
(206) 453-2884, Ext. 101, bryan@teleginlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and MICHAEL REGAN, in his official capacity as EPA Administrator,<br><br>Defendants. | Case No. 3:21-cv-01591-HZ<br><br><br>**DECLARATION OF NINA BELL** |

I, NINA BELL, hereby declare as follows:

1.      I have personal knowledge of matters set forth in this declaration. I submit this declaration in support of Plaintiff Northwest Environmental Advocates' ("NWEA") motion for extension of time.

2.      I am the Executive Director of NWEA. I have worked with NWEA since 1977, and have been the Executive Director since 1985. I am NWEA's central contact for decisions pertaining to this litigation or any other NWEA matter.

3.      I submit this declaration to explain some personal circumstances that affect the current litigation. Specifically, my mother died a little over a month ago. I am the sole executor of her estate. I have needed to travel to Seattle several times since her death, including this week.

4.      I am currently in Seattle dealing with her estate, including, but not limited to, cleaning out and getting my mother's house ready for sale, meeting with agents and contractors, and getting other family affairs in order. I will return to Portland on Thursday, August 1, so that I can attend the summary judgment hearing before this Court in a related matter on Friday morning. *See Nw. Env't Advocs. v. U.S. Env't Prot. Agency*, Case No. 3:21-cv-01136-HZ.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 1st day of August, 2024.

/s/ Nina Bell

DECLARATION OF NINA BELL