TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
J. BRETT GROSKO, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0342
Facsimile: (202) 305-0275
Email: brett.grosko@usdoj.gov

*Counsel for Federal Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES**, <br><br> Plaintiff, <br><br> v. <br><br> **NATIONAL MARINE FISHERIES SERVICE**, *et al.*, <br><br> Federal Defendants. | Case No. 3:21-cv-01591-AB <br><br><br> **Notice of Substitution of Counsel** |

Department of Justice Senior Trial Attorney, J. Brett Grosko, is hereby substituted as counsel in this action for Department of Justice Trial Attorney Briena Strippoli on behalf of the Federal Defendants. Mr. Grosko is aware of and agrees to abide by existing deadlines unless further extended through order of the Court. Service of all papers by U.S. mail to Mr. Grosko should be addressed as follows:

United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

1

**Express and hand deliveries to Mr. Grosko should be addressed as follows:**

United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street, N.E., Room 3.1112
Washington, DC 20002

**Mr. Grosko's email, telephone, and facsimile information are as follows:**

E-mail: brett.grosko@usdoj.gov
Telephone: (202) 305-0342 / (202) 353-5281 (office cell)
Facsimile: (202) 305-0275.


                                    Respectfully submitted,


*/s/ Briena L. Strippoli*              */s/ J. Brett Grosko*
BRIENA L. STRIPPOLI                    J. BRETT GROSKO
Trial Attorney                         Wildlife and Marine Resources Section
Wildlife and Marine Resources Section  Environment & Natural Resources Section
Environment and Natural Resources Division  United States Department of Justice
P.O. Box 7611                          P.O. Box 7611
Washington, D.C. 20044-7611            Washington, D.C. 20044-7611
TEL: (202) 598-0412                    TEL: (202) 305-0342
FAX: (202) 305-0275                    FAX: (202) 305-0275
E-mail: Briena.Strippoli@usdoj.gov     E-mail: brett.grosko@usdoj.gov

                                       *Counsel for Federal Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ J. Brett Grosko*

_____
J. BRETT GROSKO
*Counsel for Federal Defendants*