TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

J. BRETT GROSKO, Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-305-0342 || 202-305-0275 (fax)
Email: brett.grosko@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES | ) ) ) | CASE NO. 3:21-cv-1591-AB |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| U.S. NATIONAL MARINE FISHERIES SERVICE, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, the U.S. National Marine Fisheries Service, *et al.* ("Federal Defendants") respectfully request pursuant to Federal Rule of Civil Procedure 6(b) a 21-day extension of time of the deadline to file their response to Plaintiff's Motion to Supplement the Administrative Record, Clarify the Scope of Review, and for Leave to Take Discovery (Dkt. 65) ("Motion") up through and including October 25, 2024, and in support state:

1. Plaintiffs filed their Motion on September 6, 2024.

2. Defendants' response to that Motion is currently due October 4, 2024. Dkt. 62.

1

3.  The undersigned counsel for Defendants recently replaced another Department of Justice attorney on this case, and requires additional time to come up to speed on this matter, review Plaintiff's Motion (which requests that the Court supplement the Administrative Record with 28 documents comprising over 2,200 pages), and prepare a response to the Motion.

4.  For this reason, Defendants respectfully request that the deadline for their response to Plaintiff's Motion be extended by 21 days, from October 4, 2024, through October 25, 2024.

5.  Counsel for Defendants contacted counsel for Plaintiff to request its position on the instant motion on September 16, 2024. On September 17, 2024, Plaintiff stated that it does not oppose the instant motion, provided that its reply brief is due November 22, 2024.

WHEREFORE, the Defendants respectfully request that the Court extend

//

//

//

//

//

//

//

//

2

Defendants' deadline for filing their response to Plaintiff's Motion to October 25, 2024 and

Plaintiff's reply to November 22, 2024.

    Dated:    September 18, 2024.

                            Respectfully submitted,

                            TODD KIM
                            Assistant Attorney General
                            Environment & Natural Resources Division
                            U.S. Department of Justice
                            Wildlife and Marine Resources Section

                            */s/ J. Brett Grosko*
                            J. BRETT GROSKO
                            *Senior Trial Attorney* (MD Bar No. 0106180001)
                            United States Department of Justice
                            Environment & Natural Resources Division
                            Wildlife & Marine Resources Section
                            Ben Franklin Station
                            P.O Box 7611
                            Washington, DC 20044-7611
                            Tel: (202) 305-0342 (o) / (202) 353-5281 (c)
                            Fax: (202) 305-0275
                            Email: brett.grosko@usdoj.gov

                            *Attorneys for Defendants*

*Of Counsel*

Ryan Couch
NOAA Office of General Counsel

Eleanor Garretson
EPA Office of General Counsel

Christopher Len
EPA Region 10 Office of the Regional Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ J. Brett Grosko*
J. Brett Grosko