**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

N.W. ENVIRONMENTAL )
ADVOCATES, )
)
    *Plaintiff,* ) Case No. 3:21-cv-1591-AB
)
    v. )
)
U.S. NATIONAL MARINE )
FISHERIES SERVICE, *et al.*, )
)
    *Defendants.* )
_____)

**[PROPOSED] ORDER**

The Court having considered the Defendants' Unopposed Motion for an Extension of Time to file their response to Plaintiff's Motion to Supplement the Administrative Record, Clarify the Scope of Review, and for Leave to Take Discovery (Dkt. 65), Defendants' Motion is hereby GRANTED. The Defendants' response brief shall be due October 25, 2024. Plaintiff's reply in support of its Motion to Supplement the Administrative Record, Clarify the Scope of Review, and for Leave to Take Discovery shall be due November 22, 2024.

    **IT IS SO ORDERED**.

_____
AMY BAGGIO
U.S. DISTRICT COURT JUDGE

1