ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
BRIDGET K. MCNEIL, Assistant Section Chief
MAGGIE BAKER SMITH (WA Bar No. 45628), Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
7600 Sand Point Way, NE
Seattle, Washington 98155
Tel: 202-598-3088/ Fax: 202-305-0275
maggie.smith@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION]

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES | Case No.: 3:21-cv-01591-AB |
| Plaintiff, | |
| v. | **Notice of Substitution of Counsel** |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| Defendants. | |

Department of Justice Trial Attorney Maggie Baker Smith is hereby substituted as counsel in this action for Department of Justice Senior Trial Attorney J. Brett Grosko on behalf of the Federal Defendants. Service of all papers to Ms. Smith should be addressed as follows:

United States Department of Justice
Environment and Natural Resources Division

1

Wildlife & Marine Resources Section
7600 Sand Point Way, NE
Seattle, Washington 98155

Ms. Smith's email, telephone, and facsimile information are as follows:

E-mail: maggie.smith@usdoj.gov
Telephone: (202) 598-3088
Facsimile: (202) 305-0275.

Dated: April 9, 2025

/s/ J. Brett Grosko
J. BRETT GROSKO
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 305-0342
FAX: (202) 305-0275
E-mail: brett.grosko@usdoj.gov

/s/ Maggie Baker Smith
MAGGIE BAKER SMITH, Trial Attorney
(WA Bar No. 42658)
Wildlife & Marine Resources Section
7600 Sand Point Way, NE
Seattle, Washington 98155
Tel: 202-598-3088/ Fax: 202-305-0275
Email: Maggie.Smith@usdoj.gov

*Attorneys for Federal Defendants*

2