ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
BRIDGET K. MCNEIL, Assistant Section Chief
MAGGIE BAKER SMITH (WA Bar No. 45628), Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
7600 Sand Point Way, NE
Seattle, Washington 98155
Tel: 202-598-3088/ Fax: 202-305-0275
maggie.smith@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES | Case No.: 3:21-cv-01591-AB |
| Plaintiff, | |
| v. | **FEDERAL DEFENDANTS' NOTICE OF LODGING REVISED ADMINISTRATIVE RECORD** |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| Defendants. | |

Defendant National Marine Fisheries Service (the "Service"), hereby notifies the Court that on April 11, 2025, the Service sent via overnight mail to the Court a copy of the revised Administrative Record for the above captioned case. The Plaintiffs' were served a copy of the revised Administrative Record via secure hyperlink on April 14, 2025.  This revised

1

Administrative Record supersedes the Administrative Record filed on November 11, 2023 (ECF No. 48). The revised Administrative Record resolves technical issues with some of the original files and includes additional documents that were added following consultation with the Plaintiffs in this matter.

Attached as Exhibit A is a PDF version of the indexes to the Administrative Record. The indexes can be found on the thumb drives sent to the Court and the Plaintiff and contain hyperlinks to the Administrative Record documents. Attached as Exhibit B is the Certification of Ritchie Graves on behalf of the Service certifying the contents of the Administrative Record.

Dated: April 14, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
BRIDGET K. MCNEIL, Assistant Section Chief


*/s/ Maggie Baker Smith*
MAGGIE BAKER SMITH, Trial Attorney
(WA Bar No. 42658)
Wildlife & Marine Resources Section
7600 Sand Point Way, NE
Seattle, Washington 98155
Tel: 202-598-3088/ Fax: 202-305-0275
Email: Maggie.Smith@usdoj.gov


*Attorneys for Federal Defendants*

2