U.S. DEPARTMENT OF COMMERCE

FORM CD-64
(REV.1-00)
DAO 201-17

Portland, Oregon, April 11, 2025

I currently serve as a Branch Supervisor in the Interior Columbia Basin Office for the National Marine Fisheries Service's (NMFS) West Coast Region, which includes the states of Oregon, Washington, California, Idaho and Montana. I have been employed by NMFS as a fishery biologist, developing information and recommendations relating to fish passage, water quality, and working on the impacts of hydropower projects on salmon and steelhead, since 1993. I provided review and advice during the development of the Endangered Species Act Biological Opinion on the Environmental Protection Agency's Proposed Approval of Certain Oregon Water Quality Standards Including Temperature and Intergravel Dissolved Oxygen, issued on November 3, 2015 (2015 Biological Opinion), and challenged in the matter of Northwest Environmental Advocates v. National Marine Fisheries Service, et al., No. 3:21-cv-01591(D. Or.). I am familiar with the contents and analyses of the 2015 Biological Opinion.

I helped coordinate the compilation of NMFS' administrative record for the 2015 Biological Opinion. Following conferral with Plaintiff, NMFS is providing a corrected administrative record. The corrected administrative record resolves technical issues with some of the original files, includes additional documents that were inadvertently excluded, and adds a limited number of new documents. I HEREBY CERTIFY that the annexed is a true copy of the National Marine Fisheries Service's administrative record for the 2015 Biological Opinion.

_____
Ritchie Graves
Columbia Hydropower Branch
Supervisor,
Interior Columbia Basin Office
National Marine Fisheries Service,
West Coast Region

I HEREBY CERTIFY that Ritchie Graves, who signed the foregoing certificate, is now, and was at the time of signing, a custodian of records, National Marine Fisheries Service, West Coast Region, and that full faith and credit should be given to his certificate as such.

In WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this 11th day of April, 2025.

For the SECRETARY OF COMMERCE:



_____
Jennifer Quan
Certifying Officer
Regional Administrator
National Marine Fisheries Service,
West Coast Region