

FILED17APR'25 8:48USDC-ORP

**U.S. Department of Justice**

Environment and Natural Resources Division

| | |
|---|---|
| **Wildlife and Marine Resources Section** | **Telephone (202) 305-0201** |
| **P.O. Box 7611** | **Facsimile (202) 305-0275** |
| **Washington, DC  20044** | |

April 11, 2025

**<u>Submitted via Overnight Mail</u>**

Melissa Aubin, Clerk of Court
U.S. District Court for the District of Oregon
Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR 97204

> Re: *Northwest Environmental Advocates v. National Marine Fisheries Service, et al.,* Case No. 3:21-cv-1591, Federal Defendants' Supplemental Administrative Record and Certification

Dear Ms. Aubin,

I write on behalf of the National Marine Fisheries Service (the "Service"). Following conferral with the plaintiff, the Service has revised the administrative record to resolve technical issues with some of the original files, include additional documents that were inadvertently excluded, and add a limited number of new documents. Enclosed are two replacement flash drives containing the complete Administrative Record for this action, one for your official records and one for chambers.

On Monday, April 14, I will file a notice of filing the revised administrative record.

I can be reached via telephone at 202-598-3088 or via email at Maggie.Smith@usdoj.gov.

Sincerely,

*/s/ Maggie Baker Smith*
Maggie Baker Smith
Trial Attorney

Enclosures:
2 Flash drives containing the Service's Revised Administrative Record

