ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
ANGELA MO, Trial Attorney (CA Bar No. 262113)
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Ph: (202) 514-1707/Fax: (202) 305-0275
angela.mo@usdoj.gov
MAGGIE BAKER SMITH, Trial Attorney (WA Bar No. 42658)
Wildlife and Marine Resources Section
7600 Sand Point Way, NE
Seattle, Washington 98155
Ph: (202) 598-3088/Fax: (202) 305-0275
maggie.smith@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

---

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | Case No.: 3:21-cv-01591-AB |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| Defendants. | |

---

Please take notice that U.S. Department of Justice attorney Angela Mo is hereby

substituted for Maggie Baker Smith as counsel for the Defendants in this action.  Contact

information for Ms. Mo is as follows:

Notice of Substitution of Counsel

- 1 -

**Mailing Address:**

Angela Mo
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Benjamin Franklin Station
Washington, D.C. 20044-7611

**Overnight Delivery / Street Address:**

Angela Mo
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
150 M. St., N.E., Room 3.400
Washington, D.C. 20002

**Telephone / Facsimile:**

Tel: (202) 514-1707
Fax: (202) 305-0275

**Email:**

angela.mo@usdoj.gov

Dated: May 2, 2025                    Respectfully submitted,

                                      ADAM R.F. GUSTAFSON
                                      Acting Assistant Attorney General
                                      Environment & Natural Resources Division


                                          /s/ Angela Mo
                                      ANGELA MO
                                      Trial Attorney (CA Bar No. 262113)
                                      Wildlife and Marine Resources Section
                                      Environment and Natural Resources Division
                                      U.S. Department of Justice
                                      P.O. Box 7611
                                      Washington, DC 20044-7611
                                      Ph: (202) 514-1707/Fax: (202) 305-0275
                                      angela.mo@usdoj.gov

Notice of Substitution of Counsel

Consenting to withdraw,


    */s/ Maggie Baker Smith*
MAGGIE BAKER SMITH
Trial Attorney (WA Bar No. 42658)
Wildlife and Marine Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
7600 Sand Point Way, NE
Seattle, Washington 98155
Ph: (202) 598-3088/Fax: (202) 305-0275
maggie.smith@usdoj.gov

*Attorneys for Defendants*


*Of Counsel*

Ryan Couch
NOAA Office of General Counsel

Christopher Len
EPA Region 10, Office of the Regional Counsel

Eleanor Garretson
EPA Office of General Counsel

Notice of Substitution of Counsel