UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-AB |
| Plaintiff, | |
| v. | **JOINT MOTION TO SET CASE SCHEDULE** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and LEE ZELDIN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**Motion**

Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Lee Zeldin[1], in his official capacity as EPA Administrator (collectively, "Defendants," and together with NWEA, "the Parties"), respectfully move the Court to enter the Parties' stipulated proposed schedule to govern further proceedings in this matter. In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion, and this motion is jointly submitted.

**Memorandum in Support of Motion**

The Parties respectfully seek an order establishing the following proposed deadlines in this case. On April 30, 2025, this Court issued an order resolving the remaining disputes about expert discovery and directing the Parties to propose a joint schedule to govern further proceedings. *See* ECF No. 76. In developing the proposed schedule, the Parties took into account the Court's directive to "be cognizant of the significant age of this case, the lengthy stays and extensions that have already been granted, and the Court's preference to expeditiously resolve matters." *Id*. at 3. The Parties recognize that the following proposed schedule spans many months, but the Parties believe this time is necessary to fully complete the expert discovery process ordered by the Court and ensure sufficient time thereafter for briefing the merits of NWEA's claims involving numerous issues, as well as motions pertaining to NMFS's administrative record and to evidentiary objections. Moreover, if the Parties end up electing not to take depositions, they will confer and endeavor to stipulate to a proposed shortened schedule.

---

[1] Lee Zeldin is substituted for the former EPA Administrator, Michael Regan.

1    JOINT MOTION TO SET CASE SCHEDULE

Therefore, the Parties respectfully request that the Court enter the following schedule:

| ITEM | DEADLINE |
|---|---|
| *Deadlines established by April 30, 2025 Order* | |
| Expert disclosures and reports | June 30, 2025 |
| Expert rebuttal reports | August 29, 2025 |
| Close of expert depositions, if any | October 28, 2025 |
| Close of expert discovery | November 26, 2025 |
| *Remaining proposed stipulated deadlines* | |
| Supplementation of expert reports, if any | November 26, 2025 |
| NWEA's motion for summary judgment; NWEA's renewed motion to supplement NMFS's administrative record | January 30, 2026 |
| Defendants' cross motion for summary judgment and response to NWEA's motion for summary judgment (combined brief); Defendants' response to NWEA's renewed motion to supplement; Defendants' motions to strike, if any | March 13, 2026 |
| NWEA's reply in support of its motion for summary judgment and response to Defendants' cross motion for summary judgment (combined brief); NWEA's reply in support of its motion to supplement NMFS's administrative record; NWEA's responses to Defendants' motions to strike, if any; NWEA's motions to strike, if any | April 24, 2026 |
| Defendants' reply in support of their motion for summary judgment; Defendants' replies in support of their motions to strike, if any; Defendants' responses to NWEA's motions to strike, if any | June 5, 2026 |
| NWEA's replies in support of its motions to strike, if any | June 22, 2026 |

## Conclusion

For the foregoing reasons, the Parties respectfully request that the Court establish the case schedule proposed above.

Dated this 14th day of May 2025.

Respectfully submitted,

2    JOINT MOTION TO SET CASE SCHEDULE

s/ Allison LaPlante
ALLISON LAPLANTE (OSB No. 023614)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel: (503) 980-3408
Email: alaplante@biologicaldiversity.org

*Attorney for Plaintiff Northwest
Environmental Advocates*

s/ Angela Mo
ANGELA MO
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 514-1707
Email: Angela.Mo@usdoj.gov

*Attorney for Defendants*

3   JOINT MOTION TO SET CASE SCHEDULE