UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and LEE ZELDIN, in his official capacity as EPA Administrator,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-cv-01591-AB<br><br>**UNOPPOSED MOTION TO AMEND EXPERT DISCOVERY SCHEDULE** |

**Motion**

Plaintiff Northwest Environmental Advocates ("NWEA") respectfully requests that the Court amend the schedule for expert discovery established in the Court's May 21, 2025, Order granting the Parties' Joint Motion to Set Case Schedule (ECF No. 79). In accordance with Local Rule 7-1, NWEA certifies that it has conferred prior to filing this motion. Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Lee Zeldin do not oppose this motion and have consented to the proposed revised discovery schedule herein.

**Memorandum in Support of Motion**

On April 30, 2025, this Court issued an order resolving the remaining disputes about expert discovery and directing the Parties to propose a joint schedule to govern further proceedings. *See* ECF No. 76. On May 14, 2025, the Parties filed their Joint Motion to Set Case Schedule (ECF No. 78), which this Court granted on May 21, 2025 (ECF No. 79). The current case schedule includes deadlines for expert discovery between June 30, 2025 (deadline for expert reports) and November 26, 2025 (close of expert discovery).

NWEA now requests that the Court extend the expert discovery deadlines by approximately one month each. NWEA plans to submit two expert reports, and while both experts are currently working on their reports, they have informed NWEA that they require more time due to their other work obligations. In addition, lead counsel for NWEA—Allison LaPlante—recently underwent a second surgery for a hand injury and is unfortunately now preoccupied with a death in her family.

1   UNOPPOSED MOTION TO AMEND EXPERT DISCOVERY SCHEDULE

To accommodate these complicating factors, NWEA requests that this Court extend the expert discovery deadlines by approximately one month each, which can be accomplished without impacting the summary judgment schedule. The table below lists the current case event deadlines established by this Cout's prior orders (in black), together with NWEA's requested changes (in red).

| ITEM | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| ***Deadlines established by April 30, 2025, Order (ECF 76)*** | | |
| Expert disclosures and reports | June 30, 2025 | July 30, 2025 |
| Expert rebuttal reports | August 29, 2025 | September 29, 2025 |
| Close of expert depositions, if any | October 28, 2025 | November 25, 2025 |
| Close of expert discovery | November 26, 2025 | December 19, 2025 |
| ***Deadlines established by May 21, 2025, Order (ECF 79)*** | | |
| Supplementation of expert reports, if any | November 26, 2025 | December 19, 2025 |
| NWEA's motion for summary judgment; NWEA's renewed motion to supplement NMFS's administrative record | January 30, 2026 | No change |
| Defendants' cross motion for summary judgment and response to NWEA's motion for summary judgment (combined brief); Defendants' response to NWEA's renewed motion to supplement; Defendants' motions to strike, if any | March 13, 2026 | No change |
| NWEA's reply in support of its motion for summary judgment and response to Defendants' cross motion for summary judgment (combined brief); NWEA's reply in support of its motion to supplement NMFS's administrative record; NWEA's responses to Defendants' motions to strike, if any; NWEA's motions to strike, if any | April 24, 2026 | No change |
| Defendants' reply in support of their motion for summary judgment; Defendants' replies in support of their motions to strike, if any; Defendants' | June 5, 2026 | No change |

| | | |
|---|---|---|
| responses to NWEA's motions to strike, if any | | |
| NWEA's replies in support of its motions to strike, if any | June 22, 2026 | No change |

## Conclusion

For the foregoing reasons, NWEA respectfully requests that the Court establish the amended expert discovery schedule proposed above.

Dated this 13th day of June, 2025.

        Respectfully submitted,

        *s/ Bryan Telegin*
        BRYAN TELEGIN (OSB No. 105253)
        Telegin Law PLLC
        216 6th Street
        Bremerton, WA 98337
        Tel: (206) 453-2884
        Email: bryan@teleginlaw.com

        ALLISON LAPLANTE (OSB No. 023614)
        Center for Biological Diversity
        P.O. Box 11374
        Portland, OR 97211-0374
        Tel: (503) 980-3408
        Email: alaplante@biologicaldiversity.org

        *Attorneys for Plaintiff Northwest*
        *Environmental Advocates*