UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-AB |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF EXPERT REPORT DEADLINES** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and LEE ZELDIN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**Motion**

Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Lee Zeldin, in his official capacity as EPA Administrator (collectively, "Defendants") respectfully move the Court to extend two expert report deadlines.  Plaintiff Northwest Environmental Advocates ("NWEA") does not oppose this motion and has consented to the proposed revised schedule herein.  In accordance with Local Rule 7-1, the undersigned counsel certifies that the Parties conferred prior to filing this unopposed motion.

**Memorandum in Support of Motion**

Upon the Parties' joint motion to set a case schedule, the Court issued an order setting the case schedule on May 21, 2025.  ECF No. 79.  Subsequently, upon NWEA's unopposed motion, the Court extended the deadlines for expert discovery on August 18, 2025.  ECF No. 81. Defendants now respectfully request a short extension of the two expert report deadlines by two to three weeks: the July 30, 2025, deadline for expert disclosures and reports and the September 29, 2025, deadline for expert rebuttal reports.  *See id.*

Defendants request the extension to accommodate the schedules and work obligations of their experts and the undersigned counsel.  Defendants' experts continue working on their reports.  However, one expert is now undertaking increased responsibilities necessitated by the departures of other employees at her agency.  Another expert, as well as the undersigned counsel, have two weeks of travel planned for mid to late September.

The table below shows in red how Defendants' proposed extension affects the case schedule.  Defendants have endeavored to avoid extending any other expert discovery deadlines or the deadlines for summary judgment and other briefing.

1

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF EXPERT REPORT DEADLINES

| Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| ***Deadlines established by ECF No. 81*** | | |
| Expert disclosures and reports | July 30, 2025 | August 20, 2025 (extends the current deadline by 3 weeks) |
| Expert rebuttal reports | September 29, 2025 | October 14, 2025 (extends the current deadline by 2 weeks) |
| Close of expert depositions, if any | November 25, 2025 | No change |
| Close of expert discovery | December 19, 2025 | No change |
| ***Deadlines established by ECF No. 79*** | | |
| Supplementation of expert reports, if any | December 19, 2025 | No change |
| NWEA's motion for summary judgment; NWEA's renewed motion to supplement NMFS's administrative record | January 30, 2026 | No change |
| Defendants' cross motion for summary judgment and response to NWEA's motion for summary judgment (combined brief); Defendants' response to NWEA's renewed motion to supplement; Defendants' motion to strike, if any | March 13, 2026 | No change |
| NWEA's reply in support of its motion for summary judgment and response to Defendants' cross motion for summary judgment (combined brief); NWEA's reply in support of its motion to supplement NMFS's administrative record; NWEA's response to Defendants' motion to strike, if any; NWEA's motion to strike, if any | April 24, 2026 | No change |
| Defendants' reply in support of their motion for summary judgment; Defendants' reply in support of their motion to strike, if any; Defendants' response to NWEA's motion to strike, if any | June 5, 2026 | No change |
| NWEA's reply in support of its motion to strike, if any | June 22, 2026 | No change |

## <u>Conclusion</u>

For the foregoing reasons, Defendants respectfully request that the Court extend the two

deadlines for expert reports as proposed above.

2

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF EXPERT REPORT
DEADLINES

Respectfully submitted,

Dated: July 14, 2025

_s/ Angela Mo_
ANGELA MO
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 514-1707
Email: Angela.Mo@usdoj.gov

*Attorney for Defendants*

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF EXPERT REPORT
DEADLINES