ALLISON LAPLANTE, OSB No. 023614
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel: (503) 980-3408
Email: alaplante@biologicaldiversity.org

LYDIA DEXTER, OSB No. 233151
Cultural Heritage Partners, PLLC
1811 East Grace St., Suite A
Richmond, Virginia 23223
Tel: (202) 567-7594
Email: lydia@culturalheritagepartners.com

BRYAN TELEGIN, OSB No. 105253
Telegin Law PLLC
216 6th Street
Bremerton, WA 98337
Tel: (206) 453-2884, Ext. 101
Email: bryan@teleginlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-AB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and LEE ZELDIN, in his official capacity as EPA Administrator, | |
| Defendants. | |

Notice is given that Zachary Nacev of Earthrise Law Center hereby enters his appearance as counsel for Plaintiff Northwest Environmental Advocates in the above-captioned action.

Address, telephone, and additional contact information is as follows:

Zachary Nacev
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
Tel: (503) 768-6825
Email: znacev@lclark.edu

DATED this 25th day of September, 2025.

/s/ Zachary Nacev
Zachary Nacev, OSB No. 245295
*Counsel for Plaintiff Northwest*
*Environmental Advocates*

1 – NOTICE OF APPEARANCE