ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
ANGELA MO, Trial Attorney (CA Bar No. 262113)
Wildlife and Marine Resources Section
angela.mo@usdoj.gov
P.O. Box 7611
Washington, DC 20044-7611
(202) 353-5129

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-AB |
| Plaintiff, | |
| v. | **DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF ALL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and LEE ZELDIN, in his official capacity as EPA Administrator, | |
| Defendants. | |

**Motion**

Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Lee Zeldin, in his official capacity as EPA Administrator (collectively, "Defendants") hereby move for a stay of all deadlines in the above-captioned case. Plaintiff Northwest Environmental Advocates ("NWEA") does not oppose this motion. In accordance with Local Rule 7-1, the undersigned counsel certifies that the Parties conferred prior to filing this unopposed motion.

**Memorandum in Support of Motion**

1.     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2.     Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.     Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines until Congress has restored appropriations to the Department.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the

1

DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF ALL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS

lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that the Plaintiff, NWEA, does not oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Dated: October 1, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*s/ Angela Mo*
ANGELA MO (CA Bar No. 262113)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
angela.mo@usdoj.gov
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 353-5129

*Attorneys for Defendants*

2

DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF ALL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS