ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
ANGELA MO, Trial Attorney (CA Bar No. 262113)
Wildlife and Marine Resources Section
angela.mo@usdoj.gov
P.O. Box 7611
Washington, DC 20044-7611
(202) 353-5129

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization, | Case No. 3:21-cv-01591-AB |
| Plaintiff, | |
| v. | **NOTICE OF RESTORATION OF APPROPRIATIONS** |
| UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and LEE ZELDIN, in his official capacity as EPA Administrator, | |
| Defendants. | |

Pursuant to the Court's order dated October 6, 2025 (Dkt. No. 86), Defendants hereby notify the Court that appropriations have been restored, effective November 12, 2025.  The parties intend to confer regarding a proposed schedule for all remaining case deadlines.

Respectfully submitted,

Dated: November 18, 2025

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*s/ Angela Mo*
ANGELA MO (CA Bar No. 262113)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
angela.mo@usdoj.gov
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 353-5129

*Attorneys for Defendants*

1
NOTICE OF RESTORATION OF APPROPRIATIONS