ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
ANGELA MO, Trial Attorney (CA Bar No. 262113)
Wildlife and Marine Resources Section
angela.mo@usdoj.gov
P.O. Box 7611
Washington, DC 20044-7611
(202) 353-5129

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and LEE ZELDIN, in his official capacity as EPA Administrator,<br><br>Defendants. | Case No. 3:21-cv-01591-AB<br><br>**JOINT MOTION TO SET CASE SCHEDULE** |

**Motion**

The Parties—Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Lee Zeldin, in his official capacity as EPA Administrator (collectively, "Defendants")—hereby move the Court to enter the Parties' stipulated proposed schedule to govern further proceedings in this case. In accordance with Local Rule 7-1, the Parties certify that they conferred prior to filing this motion and this motion is jointly submitted.

**Memorandum in Support of Motion**

1.      On October 1, 2025, Defendants filed an unopposed motion for a stay of all deadlines because of a lapse in appropriations, requesting that the Court stay the deadlines until Department of Justice attorneys were permitted to resume their usual civil litigation functions. Dkt. No. 85 at 2.

2.      On October 6, 2025, the Court granted Defendants' motion. Dkt. No. 86. The Court's order "decline[d] to address the scope of any extension of the remaining case deadlines until the stay has been lifted." *Id.*

3.      On November 18, 2025, Defendants notified the Court that appropriations had been restored, effective November 12, 2025, and that the Parties intended to confer regarding a proposed schedule for remaining case deadlines. Dkt. No. 87.

4.      After conferring, the Parties stipulate to the below schedule:

1

JOINT MOTION TO SET CASE SCHEDULE

| ITEM | Stayed DEADLINE (ECF Nos. 81 and 83) | Proposed New DEADLINE |
|---|---|---|
| Expert rebuttal reports | October 14, 2025 | **Wed. December 17, 2025** |
| Close of expert depositions, if any | November 25, 2025 | **Fri. Feb. 27, 2026** (30 additional days on top of the original timing of 42 days between rebuttal reports and close of expert depositions) |
| Close of expert discovery | December 19, 2025 | **Fri. March. 13, 2026** (shortens original timing of 24 days between the close of expert depositions and close of expert discovery to 14 days) |
| Supplementation of expert reports, if any | December 19, 2025 | **Fri. March 13, 2026** (shortens original timing of 24 days between the close of expert depositions and supplementation to 14 days) |
| NWEA's motion for summary judgment; NWEA's renewed motion to supplement NMFS's administrative record | January 30, 2026 | **Fri. May 1, 2026** (one additional week on top of the original timing of 6 weeks between end of expert discovery and NWEA's opening briefs, due to a competing litigation deadline) |
| Defendants' cross motion for summary judgment and response to NWEA's motion for summary judgment (combined brief); Defendants' response to NWEA's renewed motion to supplement; Defendants' motion to strike, if any | March 13, 2026 | **Fri. June 12, 2026** (preserves the original timing of 6 weeks between NWEA's opening briefs and Defs.' briefs) |
| NWEA's reply in support of its motion for summary judgment and response to Defendants' cross motion for summary judgment (combined brief); NWEA's reply in support of its motion to supplement NMFS's administrative record; NWEA's response to Defendants' motion to strike, if any; NWEA's motion to strike, if any | April 24, 2026 | **Fri. July 24, 2026** (preserves the original timing of 6 weeks between Defs.' briefs and NWEA's replies) |
| Defendants' reply in support of their motion for summary judgment; Defendants' reply in support of their motion to strike, if any; Defendants' | June 5, 2026 | **Fri. Sept. 4, 2026** (preserves the original timing of 6 weeks between NWEA's replies and Defs.' replies) |

JOINT MOTION TO SET CASE SCHEDULE

| | | |
|---|---|---|
| response to NWEA's motion to strike, if any | | |
| NWEA's reply in support of its motion to strike, if any | June 22, 2026 | **Mon. Sept. 21, 2026** (preserves the original timing of 17 days between Defs.' replies and NWEA's last reply) |

5.      In developing the proposed schedule, the Parties endeavored to maintain the pre-existing timeframes of the stayed deadlines (*see* Dkt. Nos. 81 and 83), in adherence with the Court's directive to "be cognizant of the significant age of this case, the lengthy stays and extensions that have already been granted, and the Court's preference to expeditiously resolve matters."  Dkt. No. 76 at 3.

6.      As shown in the table above, the Parties mostly preserved the pre-existing timeframes.  The Parties provided for 30 additional days, however, to prepare for and conduct expert depositions.  This amount of time is reasonable considering that the Parties have disclosed four expert witnesses thus far.  The Parties also believe that additional time is necessary to adequately complete expert depositions in light of the intervening holiday season; periods of unavailability of counsel, clients, or expert witnesses; and counsels' competing litigation obligations in other cases.  If the Court adopts the Parties' proposed schedule, the case will be fully briefed by September 21, 2026, only three months later than under the previous case schedule.

## Conclusion

For the foregoing reasons, the Parties respectfully request that the Court establish the case schedule proposed above.

3

JOINT MOTION TO SET CASE SCHEDULE

Dated: December 5, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*s/ Angela Mo*
ANGELA MO (CA Bar No. 262113)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
angela.mo@usdoj.gov
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 353-5129

*Attorneys for Defendants*

*s/ Allison LaPlante*
ALLISON LAPLANTE (OSB No. 023614)
Center for Biological Diversity
alaplante@biologicaldiversity.org
P.O. Box 11374
Portland, OR 97211-0374
(503) 980-3408

*Attorney for Plaintiff Northwest
Environmental Advocates*

4

JOINT MOTION TO SET CASE SCHEDULE