ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
ANGELA MO, Trial Attorney (CA Bar No. 262113)
Wildlife and Marine Resources Section
angela.mo@usdoj.gov
P.O. Box 7611
Washington, DC 20044-7611
(202) 353-5129

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL MARINE FISHERIES SERVICE, a United States Government Agency, JENNIFER QUAN, in her official capacity as NMFS Regional Administrator for the West Coast Region, THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency, and LEE ZELDIN, in his official capacity as EPA Administrator,<br><br>Defendants. | Case No. 3:21-cv-01591-AB<br><br>**JOINT STIPULATION ON THE DEPOSITION OF JOSEPH L. EBERSOLE** |

**Joint Stipulation**

Pursuant to Federal Rule of Civil Procedure 29, the Parties—Plaintiff Northwest Environmental Advocates ("NWEA") and Defendants United States National Marine Fisheries Service ("NMFS"), Jennifer Quan, in her official capacity as NMFS Regional Administrator for the West Coast Region, United States Environmental Protection Agency ("EPA"), and Lee Zeldin, in his official capacity as EPA Administrator (collectively, "Defendants")—hereby stipulate to the following:

1.      In an order dated April 30, 2025, the Court found that "limited discovery is appropriate in this matter" and set deadlines for expert disclosures and reports, expert depositions, and expert discovery.  Dkt. No. 76 at 4.

2.      Currently, the deadline for the close of expert depositions is February 27, 2026. Dkt. No. 89.

3.      NWEA intends to depose Joseph L. Ebersole, an expert witness disclosed by EPA in this action.  EPA provided to NWEA Mr. Ebersole's opening expert report on August 20, 2025, rebuttal expert report on December 17, 2025, and supplemental expert report on January 16, 2026.

4.      NWEA shall depose Mr. Ebersole by written questions, pursuant to Federal Rule of Civil Procedure 31 and subject to the modified procedures in this Paragraph.

       a.  NWEA shall provide no more than 25 written deposition questions, including all discrete subparts, for Mr. Ebersole to Defendants by February 9, 2026.

       b.  Defendants shall provide to NWEA Mr. Ebersole's written testimony in response to the written deposition questions, and any objections by Defendants to the written deposition questions, by February 27, 2026.

JOINT STIPULATION ON THE DEPOSITION OF JOSEPH L. EBERSOLE

c.  Mr. Ebersole's written testimony shall be signed and certified by Mr. Ebersole with the following language: "I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information."

d.  The Parties may modify the procedures, including timeframes, in this Paragraph based on mutual written agreement and without need for court approval, provided that no modification may alter any deadline established by the Court.

5.  Mr. Ebersole's written testimony in response to NWEA's written deposition questions is a deposition that "may be used in the same way as any other deposition." Fed. R. Civ. P. 29 (a).

Dated: February 5, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*s/ Angela Mo*
ANGELA MO (CA Bar No. 262113)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
angela.mo@usdoj.gov
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 353-5129

*Attorneys for Defendants*

2

JOINT STIPULATION ON THE DEPOSITION OF JOSEPH L. EBERSOLE

*s/ Allison LaPlante*
ALLISON LAPLANTE (OSB No. 023614)
Center for Biological Diversity
alaplante@biologicaldiversity.org
P.O. Box 11374
Portland, OR 97211-0374
(503) 980-3408

*Attorney for Plaintiff Northwest Environmental Advocates*

JOINT STIPULATION ON THE DEPOSITION OF JOSEPH L. EBERSOLE